UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOVERNMENT OF THE UNITED STATESVIRGIN ISLANDS, et al., <br><br> Defendants. | 23-cv-10301 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Upon the motion of Plaintiffs for an order permitting them to proceed under pseudonyms, and review of the declaration of counsel in support thereof, it is hereby ORDERED that Plaintiffs' *ex parte* motion is GRANTED. Plaintiffs are permitted to proceed under pseudonyms until such time as the Court orders the names to be disclosed.

SO ORDERED.

Dated: November 30, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge