UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>GOVERNMENT OF THE UNITED STATESVIRGIN ISLANDS, et al.,<br><br>        Defendants. | 23-cv-10301 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Upon the motion of Plaintiff Jane Doe 6 for an order permitting her to proceed under pseudonym, and review of the declaration of counsel in support thereof, it is hereby ORDERED that Plaintiff's *ex parte* motion is GRANTED. Plaintiff Jane Doe 6 is permitted to proceed with under pseudonyms until such time as the Court orders her name to be disclosed.

  The Clerk of Court is directed to terminate the motion at Dkt. 8.

  SO ORDERED.

Dated: December 15, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge