UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually and on behalf of all others similarly situated, JANE DOE 3, individually and on behalf of all others similarly situated, JANE DOE 4, individually and on behalf of all others similarly situated and JANE DOE 5, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,<br><br>  Defendants. | 1:23-cv-10301-AS<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Upon the motion of the defendant GOVERNOR JOHN DE JONGH, JR. ("Mr. de Jongh") to DISMISS the Plaintiffs' Class Action Amended Complaint and Demand for a Jury Trial ("FAC") (ECF #7), or, in the alternative, TRANSFER this case in its entirety to the District Court of the Virgin Islands; and to STRIKE portions of the pleadings, along with the papers, memoranda, affirmations, affidavits, and exhibits thereto, any opposition thereto, and the record as a whole, it is hereby

ORDERED that the Mr. de Jongh's Motion to Dismiss is GRANTED, the FAC is DISMISSED (WITH/WITHOUT) PREJUDICE; in the alternative, it is hereby

ORDERED that the case is hereby TRANSFERRED forthwith to the District Court of the Virgin Islands, vicinage of St. Thomas/St. John; and/or it is hereby

ORDERED that ¶ 77 of the FAC is STRICKEN pursuant to Fed.R.Civ.P. 12(f).

SO ORDERED

Dated: _____
New York, New York

_____
HON. ARUN SUBRAMANIAN
United States District Judge