**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, and JANE DOE 6, individually, and on behalf of all others similarly situated, | : : : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:23-cv-10301-AS |
| v. | : | |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100, | | **NOTICE OF APPEARANCE** |
| Defendants. | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant

Delegate Stacey Plaskett.

Dated: New York, New York
         February 27, 2024

By: */s/ Eric R. Breslin*
Eric R. Breslin
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
email: erbreslin@duanemorris.com