**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

February 28, 2024

**VIA PACER E-FILING**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     ***Does vs. USVI, 1:23-cv-10301-AS***

Dear Hon. Judge Subramanian, U.S.D.J.

    I am counsel for Plaintiffs in the above matter.

    I write in response to Defendant Delegate Stacey Plaskett's letter requesting a 21-day extension of time to file a "substantial" motion to dismiss the Complaint [ECF # 59].

    As this Defendant points out, this Court has granted Plaintiff's request for leave to file an omnibus opposition to all of the anticipated motions by April 2, 2024. An omnibus response would be economical and conserve the parties' resources.

    Plaintiff therefore does not oppose Defendant Delegate Stacey Plaskett's request for a 21-day extension of time but requests that Plaintiff's time to file the omnibus opposition be extended accordingly.

Respectfully Submitted,

/s/ Jordan Merson

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
New York, NY 10022
(212) 603-9100
Email: jmerson@mersonlaw.com

*Counsel for Plaintiffs*