UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF THE UNITED ) <br> STATES VIRGIN ISLANDS, *et al.* ) <br> ) <br> Defendants. ) <br> _____) | Case Number: 1:23-cv-10301-AS |

## NOTICE OF MOTION TO DISMISS

COME NOW, Defendants Government of the United States Virgin Islands, (former) Governor Kenneth Mapp, and (former) Attorney General Vincent Frazer ("Government Defendants"), by and through undersigned counsel, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, and hereby respectfully request that the Court dismiss all claims in the Amended Complaint (Dkt 7). The reasons in support of the Government Defendants' Motion are set forth in the Memorandum of Law filed herewith.

Dated: March 8, 2024

Respectfully Submitted,

*/s/ David I. Ackerman*
David I. Ackerman (NYS Bar #4110839)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 849-4962
dackerman@motleyrice.com

Venetia H. Velazquez (*pro hac vice*)
Acting Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, St. Croix

1

U.S. Virgin Islands 00850
Tel.: (340) 773-0295 Ext. 202481
venetia.velazquez@doj.vi.gov

*Counsel for Defendants Government of the United States Virgin Islands, (former) Governor Kenneth Mapp, and (former) Attorney General Vincent Frazer*