**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, and JANE DOE 6, individually, and on behalf of all others similarly situated, | : : : : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:23-cv-10301-AS |
| v. | : | |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100, | | |
| Defendants. | | |

**NOTICE OF MOTION BY DEFENDANT STACEY PLASKETT**

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court,

Defendant Stacey Plaksett will move before the Honorable Arun Submaranian, United States

District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the

Individual and Class Action Amended Complaint filed Plaintiffs Jane Doe 1, Jane Doe 2, Jane

Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 6 pursuant to Federal Rules of Civil Procedure

12(b)(2) and 12(b)(6).  Defendant Stacey Plaskett will rely on the accompanying memorandum

of law, the Declaration of Stacey Plaskett, the chart filed in accordance with the Court's individual rules of practice.

Dated:  March 28, 2024

**DUANE MORRIS LLP**

_____/s/ *Eric R. Breslin*_____
By:     Eric R. Breslin
        Melissa Geller
        1540 Broadway
        New York, NY 10036
        Telephone: + 1 212 692 1000
        ERBreslin@duanemorris.com
        MSGeller@duanemorris.com