*Jane Doe 1, et al. v. Gov't of the U.S. Virgin Islands, et al.*
1:23-cv-10301-AS

**Defendant Congresswoman Stacey Plaskett's Rule 8(G) Chart**
**<u>Elements of Each Claim Not Plausibly Alleged</u>**

**I.   COUNT I: VIOLATION OF THE TVPA**

| Elements | 12(b)(6) Motion for Failure to Plausibly Allege Elements |
|---|---|
| Defendant knowingly received a benefit or something of value | |
| From participating in a sex trafficking adventure | Not plausibly alleged. |
| That the defendant knew or should have known was engaged in a violation of the TVPA | Not plausibly alleged. |

(Elements from *S.J. v. Choice Hotels Int'l, Inc.*, 473 F. Supp. 3d 147, 152–53 (E.D.N.Y. 2020) (quoting *A.C. v. Red Roof Inns, Inc.*, 2020 WL 3256261, at *4 (S.D. Ohio June 16, 2020)).

**II.   COUNT II: AIDING AND ABETTING A VIOLATION OF THE TVPA**

   * Not a viable cause of action.

| Elements | 12(b)(6) Motion for Failure to Plausibly Allege Elements |
|---|---|
| The principal performs a wrongful act that causes injury; | |
| The defendant is generally aware of his or her role in the illegal or tortious activity; | Not plausibly alleged. |
| The defendant provided substantial assistance to the principal. | Not plausibly alleged. |

(Elements from *Kaplan v. Lebanese Canadian Bank, SAL*, 999 F.3d 842, 856 (2d Cir. 2021) (evaluating claims under the Justice Against Sponsors of Terrorism Act)).

*Jane Doe 1, et al. v. Gov't of the U.S. Virgin Islands, et al.*
1:23-cv-10301-AS

### III.     COUNT II: CONSPIRACY TO VIOLATE THE TVPA

| Elements | 12(b)(6) Motion for Failure to Plausibly Allege Elements |
| --- | --- |
| The Defendant agrees to enter into a joint enterprise; | Not plausibly alleged. |
| With consciousness of the general nature and extent of the joint enterprise | Not plausibly alleged. |

(Elements from *Doe 1 v. Deutsche Bank Aktiengesellschaft*, 671 F. Supp. 3d 387, 412 (S.D.N.Y. 2023)).

### IV.     COUNT IV: NEGLIGENCE

| Elements | 12(b)(6) Motion for Failure to Plausibly Allege Elements |
| --- | --- |
| A duty owed to the plaintiff; | Not plausibly alleged. |
| A breach of the duty; | Not plausibly alleged. |
| Resulting in injury proximately caused by the breach; | Not plausibly alleged. |

(Elements from *David v. Weinstein Co. LLC*, 431 F. Supp. 3d 290, 305 (S.D.N.Y. 2019)).