UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, and JANE DOE 6, individually, and on behalf of all others similarly situated,

    Plaintiffs,

  v.

GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,

    Defendants.

CIVIL ACTION NO.
1:23-cv-10301-AS

## DECLARATION OF STACEY PLASKETT IN SUPPORT OF HER MOTION TO DISMISS

I, Stacey Plaskett, declare as follows:

1.  I represent the U.S. Virgin Islands ("USVI") in the United States House of Representatives.

2.  I live in the USVI and maintain a residence in Washington D.C. I do not reside in New York and I own no property in New York.

3.  From 2002 to early 2004 I worked for the United States Department of Justice as Senior Counsel to the Deputy Attorney General.

4. From 2004 to 2006 I held the position of Deputy General Counsel at a large corporation in the United States.

5. From 2006 to 2007 I held a position as Senior Associate engaged in transactional law and civil litigation with a firm on the island of St. Croix.

6. From 2007 to 2012 I held the position of General Counsel with the United States Virgin Islands Economic Development Authority.

7. I then entered private practice until I was elected to the United States House of Representatives in 2014. I was sworn in in January 2015.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated:
March 27, 2024

_____
Stacey Plaskett