AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, <br> JANE DOE 2, individually and on behalf of all others similarly situated, <br> JANE DOE 3, individually and on behalf of all others similarly situated, <br> JANE DOE 4, individually and on behalf of all others similarly situated, <br> JANE DOE 5, individually and on behalf of all others similarly situated, and <br> JANE DOE 6, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST <br> LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR <br> CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, <br> GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, <br> DELEGATE STACEY PLASKETT, and JOHN DOES 1-100 <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                    *Signature of Clerk or Deputy Clerk*