AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br>JANE DOE 2, individually and on behalf of all others similarly situated,<br>JANE DOE 3, individually and on behalf of all others similarly situated,<br>JANE DOE 4, individually and on behalf of all others similarly situated,<br>JANE DOE 5, individually and on behalf of all others similarly situated, and<br>JANE DOE 6, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100<br>*Defendant(s)* | Civil Action No. 1:23-cv-10301-AS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cecile de Jongh, Kenneth Mapp, Celestino White, Vincent Frazer, John De Jongh, Carlton Dowe, Stacey Plaskett and Government of the United States Virgin Islands

Governor Albert Bryan Jr.
21-22 Kongens Gade Charlotte Amalie
St. Thomas, VI 00802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jordan Merson
Merson Law PLLC
950 Third Avenue, 18th Floor
New York, NY 10022
Tel: 212-603-9100
jmerson@mersonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/09/2024                                                                 /s/ J. Gonzalez
                                                                                   *Signature of Clerk or Deputy Clerk*