AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court,

certify that __Annette G. Hasapidis__, Bar # __------__,

was duly admitted to practice in this Court on __02/04/1994__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __01/10/2024__
*(Location)*      *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

Salomon Mejia Jr, *DEPUTY CLERK*