# United States Court of Appeals for the Second Circuit

# Attorney Admissions Database

If an attorney being searched does not appear below, check the attorney admission archive. It is also possible that the incorrect name was entered in the search fields or the attorney was never admitted to this Court.

If the attorney is listed in the archive and was admitted prior to 2009, that attorney is not considered a member of the Court's bar unless the admission was renewed under Second Circuit Local Rule 46.1(a)(2).

To try a new search, click the back button on your browser.

| Attorney Name | Status | Admitted Date | Last Renewal Date |
|---|---|---|---|
| Annette G. Hasapidis | active | 1994-11-02 | 2011-03-02 |
| Annette G. Hasapidis | active | 1994-11-02 | 2016-02-29 |
| Annette G. Hasapidis | active | 1994-11-02 | 2021-01-07 |

Close this window