# UNITED STATES OF AMERICA

## Southern District of New York

I, Ruby J. Krajick, Clerk of Court of the United States District Court

Certify that

## ANNETTE GRACE HASAPIDIS

was duly admitted and qualified to practice as an Attorney in the District Court on the ___13th___ day of ___March___, ___2024___

In testimony whereof, I sign my name and affix the seal of the Court, on this ___13th___ day of ___March___, ___2024___

_____
Clerk