UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE 1, individually, and on behalf of all
others similarly situated, JANE DOE 2,
individually and on behalf of all others similarly
situated, JANE DOE 3, individually and on behalf
of all others similarly situated, JANE DOE 4, individually     **NOTICE OF CROSS-MOTION**
and on behalf of all others similarly situated,
JANE DOE 5, individually and on behalf of all others
Similarly situated, and JANE DOE 6, individually
and on behalf of all others similarly situated,

                Plaintiffs,                **Civil Action No: 1:23-cv-10301-AS**

     v.

GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS, FIRST LADY CECILE DE JONGH,
GOVERNOR KENNETH MAPP, SENATOR
CELESTINO WHITE, ATTORNEY GENERAL
VICENT FRAZER, GOVERNOR JOHN DE JONGH,
SENATOR CARTLTON DOWE, DELEGATE
STACEY PLASKETT, and JOHN DOES 1-100,

                Defendants.
------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jordan Merson and Memorandum of Law, both dated May 8, 2024, Plaintiffs, by and through their undersigned counsel, shall cross-move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting them leave to amend the First Amended Complaint ("FAC"), deeming the Second Amended Complaint ("SAC") timely filed, and for leave to conduct discovery addressed to jurisdiction and venue, together with such other

and further relief as this Court deems just and proper.

Dated: May 8, 2024
     New York, New York

                                    Respectfully submitted,

                                    **MERSON LAW PLLC**

                                By:   /s/ Jordan Merson
                                      Jordan Merson, Esq.
                                      950 Third Avenue, 18th Floor
                                      New York, NY  10022
                                      Telephone: (212) 603-9100
                                      Fax: (347)- 441-4171
                                      JMerson@MersonLaw.Com
                                      *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE 1, individually, and on behalf of all
others similarly situated, JANE DOE 2,
individually and on behalf of all others similarly
situated, JANE DOE 3, individually and on behalf
of all others similarly situated, JANE DOE 4, individually
 and on behalf of all others similarly situated,
JANE DOE 5, individually and on behalf of  all others
Similarly  situated, and JANE DOE 6, individually
and on behalf of all others similarly situated,

                      Plaintiffs,                 **Civil Action No: 1:23-cv-10301-AS**

           v.

GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS, FIRST LADY CECILE DE JONGH,
GOVERNOR KENNETH MAPP, SENATOR
CELESTINO WHITE, ATTORNEY GENERAL
VICENT FRAZER, GOVERNOR JOHN DE JONGH,
SENATOR CARTLTON DOWE, DELEGATE
STACEY PLASKETT, and JOHN DOES 1-100,

                      Defendants.
-------------------------------------------------------------------X

## DECLARATION OF JORDAN MERSON IN SUPPORT

I, Jordan Merson, Esq., hereby declare as follows:

1. I am a member of the law firm Merson Law, PLLC and counsel for Plaintiffs in this action.

2. I make this Declaration in support of Plaintiffs' cross-motion for an Order granting them leave to amend the First Amended Complaint ("FAC"), deeming the Second Amended Complaint ("SAC") timely filed, and for leave to conduct discovery addressed to jurisdiction and venue, together with such other as this Court deems just and proper.

3. In support thereof, I annex:

    Exhibit A – Proposed Second Amended Complaint;

Exhibit B – Protective Order issued in *USVI v. JP Morgan,* 22-CV-10904;

Exhibit C – USVI's motion to strike affirmative defenses in in *USVI v. JP Morgan,* 22-CV-10904;

Exhibit D - J.P. Morgan's opposition to the motion to strike affirmative defenses; and

Exhibit E – Plaintiffs' motion to intervene and for disclosure in *USVI v. JP Morgan,* 22-CV-10904.

Dated:   May 8, 2024
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**MERSON LAW PLLC**

　　　　　　　　　　　　　　　　　　　By:   /s/ Jordan Merson
　　　　　　　　　　　　　　　　　　　　　　Jordan Merson, Esq.
　　　　　　　　　　　　　　　　　　　　　　950 Third Avenue, 18th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 603-9100
　　　　　　　　　　　　　　　　　　　　　　Fax: (347)- 441-4171
　　　　　　　　　　　　　　　　　　　　　　JMerson@MersonLaw.Com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*