# Exhibit A

**Date:**    Tuesday, September 21 2010 08:50 PM

**Subject:**  Re: Tuition

**From:**    Jeevacation <jeevacation@gmail.com>

**To:**      Cecile de Jongh <███████@yahoo.com>

I thought this wAs for Jan ? Is this incorrect

Sent from my iPhone

On Sep 21, 2010, at 4:17 PM, Cecile de Jongh <███████@yahoo.com > wrote:

> Jeffrey,
>
> I have not received an answer or indication from you on this subject so I have
> to assume that it is no. If that is the case, I will need to negotiate a raise
> so that I can afford to pay for my children's tuition at college. John and I
> have put money into the campaign based on what we thought was going to happen
> with the tuition payments. ███ my oldest, is a senior this year and I do not
> want him or my daughter to be asked to leave school this semester.
>
>
> I understand that you are going to Europe for a few weeks and I need to get this
> resolved since it has been over a month that I have asked about it. Please let
> me know how to proceed or should I just send you what I think is a fair salary
> increase?
>
>
> Cecile
>
>
>
> DISCLAIMER: The information contained in this e-mail may be
> privileged,confidential, and protected from disclosure. If you are not the
> intended recipient, you are hereby notified that any dissemination, distribution
>
> or duplication of this communication is strictly prohibited. If you have
> received this communication in error, please notify the sender immediately and
> delete all copies.

CONFIDENTIAL

ESTATE_JPM024927

| | |
|---|---|
| **Date:** | Saturday, August 27 2011 03:05 PM |
| **Subject:** | Please approve |
| **From:** | Cecile de Jongh < ██████ @yahoo.com > |
| **To:** | JEE <jeevacation@gmail.com>; |
| **Attachments:** | Skidmore Fall 2011.pdf |

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

CONFIDENTIAL

ESTATE_JPM024548


**SKIDMORE**
C O L L E G E

| Bank Information | |
|---|---|
| **Account #** | **Lockbox Type** |
| 219534 | 0 |

| AMOUNT DUE | DATE DUE | AMOUNT PAID |
|---|---|---|
| $24,955.50 | 08/01/2011 | $ |

**Bursar's Office**

www.skidmore.edu/bursar

**Skidmore ID:**

Please make your check payable to
**Skidmore College** and remit to:

Skidmore College
PO Box 374
Saratoga Springs NY 12866-9374

Please do not send any other correspondence with this
payment. Please mail all other correspondence to:
Skidmore College Bursar's Office
815 N Broadway
Saratoga Springs NY 12866-1632

(Cut along dotted line and return top portion with your payment)

**SKIDMORE**
C O L L E G E

## STATEMENT OF STUDENT ACCOUNT

Bursar's Office ~ 815 N Broadway ~ Saratoga Springs NY ~ 12866-1632

Phone _____ ~ Fax _____ ~ www.skidmore.edu/bursar

**Name:** Rene deJongh   **Account #:** 219534   **Bill Date:** 07/01/2011   **Bill #:** 78992

**STUDENT ACCOUNT ACTIVITY (Charges & Credits)**

Transaction details for activity occurring between 03/01/2011 and 07/01/2011

| Date | Term | Transaction # | Description | | CHARGES | CREDITS |
|---|---|---|---|---|---|---|
| | | | | Balance Forward | $3,252.10 | $.00 |
| 03/23/2011 | | 189484 | Direct Payment | | | $3,252.10 |
| 05/19/2011 | Spring 10-11 | 389671 | Library Fine | | $5.00 | |
| 06/24/2011 | Spring 10-11 | 391519 | Building Damage Fee | | $75.50 | |
| 06/28/2011 | Fall 11-12 | 393755 | Tuition | | $20,760.00 | |
| 06/28/2011 | Fall 11-12 | 398731 | Residence Fee - Scribner Village Ap | | $4,085.00 | |
| | Fall 11-12 | | Required Fees | | $430.00 | |
| 06/29/2011 | | 197558 | Returning Deposit Transfer | | | $400.00 |

| TOTAL CHARGES | TOTAL CREDITS | ACCOUNT BALANCE |
|---|---|---|
| $28,607.60 | $3,652.10 | $24,955.50 |

**PLANNED FINANCIAL AID CREDITS (Anticipated Financial Aid Disbursements)**

Billing for Fall term will display Fall planned financial aid only. Billing for Spring term will display Fall & Spring financial aid.

| Term Description | Planned Credit Amount | |
|---|---|---|
| | | PLANNED FINANCIAL AID |
| | | $.00 |

| AMOUNT DUE (ACCOUNT BALANCE LESS PLANNED FINANCIAL AID) | $24,955.50 |
|---|---|
| DATE DUE | 08/01/2011 |

PLEASE REMIT PAYMENT BY AUGUST 1ST TO AVOID A LATE FEE

FALL 2011    $20,760.00    DUE    8/1/11

Student ID:

https://bosebill.salliemae.com/NetPay/EBPP/SC/Main/Tuition+and+Fees/999/ViewBill.as...   7/27/2011

CONFIDENTIAL

ESTATE_JPM024549

# Exhibit B

**Date:**    Wednesday, February 11 2015 06:03 PM

**Subject:** Senator White

**From:**    Cecile de Jongh <███████@yahoo.com >

**To:**    JEE <jeevacation@gmail.com>;

You might want to consider putting Celestino on some sort of monthly retainer.  That is what will get you his loyalty and access.

With warm regards,

Cecile

CONFIDENTIAL                                          ESTATE_JPM021989

# Exhibit C

| Date: | Monday, November 10 2014 02:52 PM |
| Subject: | Problem |
| From: | Cecile de Jongh < ████████ @yahoo.com > |
| To: | J E <jeevacation@gmail.com>; |

Hi Jeffrey,

The Mapp campaign is going to take the $ that you gave to attack John. Celestino, Seb and others are against this. This is McGee pushing this. Can we stop payment on the check to send a message? Mapp was happy to stay positive but McGee is insisting and has ordered ads doing this.

With warm regards,

Cecile de Jongh
Sent from my iPhone

ESTATE_JPM023608

# Exhibit D

| | |
|---|---|
| **Date:** | Tuesday, September 22 2015 02:10 AM |
| **Subject:** | Re: |
| **From:** | Ann Rodriquez <█████@yahoo.com> |
| **To:** | jeffrey E. <jeevacation@gmail.com>; |
| **CC:** | Cecile de Jongh <█████@yahoo.com>; |

Ok.

Ann R.
On Sep 21, 2015, at 10:09 PM, jeffrey E. <jeevacation@gmail.com> wrote:

      governor mapp will come for lunch to the island on wednesday , carlos can use nanna

      --

      please note

      The information contained in this communication is
      confidential, may be attorney-client privileged, may
      constitute inside information, and is intended only for
      the use of the addressee. It is the property of
      JEE
      Unauthorized use, disclosure or copying of this
      communication or any part thereof is strictly prohibited
      and may be unlawful. If you have received this
      communication in error, please notify us immediately by
      return e-mail or by e-mail to jeevacation@gmail.com, and
      destroy this communication and all copies thereof,
      including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM022393

# Exhibit E

| | |
|---|---|
| **Date:** | Sunday, May 15 2011 12:27 PM |
| **Subject:** | Re: Revision |
| **From:** | Cecile de Jongh <███████@yahoo.com> |
| **To:** | Jeffrey Epstein <jeevacation@gmail.com>; |

This needs to be settled by Thursday because J goes away for a week and AG needs to submit by June 1. Don't want to email back and forth.

With warm regards,

Cecile

Sent from my iPhone
On May 15, 2011, at 8:18 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> yes

> On Sun, May 15, 2011 at 1:59 PM, Cecile de Jongh <███████@yahoo.com> wrote:

> We should wait for Darren and/or Marty to respond?

> With warm regards,

> Cecile

> Sent from my iPhone
> On May 15, 2011, at 12:07 AM, jeffrey epstein <jeevacation@gmail.com> wrote:

>> Maybe we should distinguish between offenders and predators. Sailors pilots truckers, . It can't be more restrictive than if I traveled in h states. Or a waiver should be broader. Ithese files rcould be also accessible by the press. If we are not careful. A list of who I stay with should violate my privacy. Restrict my business and livelihood

>> Sent from my iPad
>> On May 15, 2011, at 5:16 AM, Cecile de Jongh <███████@yahoo.com> wrote:

>>> I will forward  this suggestion and let you know.

>>> With warm regards,

>>> Cecile

>>> Sent from my iPhone
>>> On May 14, 2011, at 11:10 PM, jeffrey epstein <jeevacation@gmail.com> wrote:

>>>> We should add out of country for more than 7 days . otherwise I could not go for a day trip to Tortola ,at the last minute.

CONFIDENTIAL

ESTATE_JPM024492

Sent from my iPad
On May 15, 2011, at 3:40 AM, Cecile de Jongh <███████@yahoo.com> wrote:

See suggested language below.

With warm regards,

Cecile

Sent from my iPhone
Begin forwarded

I considered the language you shared with me. I believe this language may be best. We need to be able to know whether a person is at the address or not. To waive the notice requirement all together will not be acceptable to the federal DOJ program managers. Remember they must review and determine if we are in compliance.

This is the suggested language; will it work for you?

To be added to section 1724(b) (4):

Provided however, an offender who is required to register under this chapter, who is required to travel out of the United States more than three (3) times in a twelve month period, shall request a waiver from the Attorney General. The Attorney General may grant a waiver which will allow the offender to appear in person at the Department of Justice no less than five (5) days before the first trip to provide the information , thereafter the future trips may be advised by e-mail or telephone no less than 48 hours before departure.

--
*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

ESTATE_JPM024493

# Exhibit F

| | |
|---|---|
| **Date:** | Sunday, July 1 2012 11:35 AM |
| **Subject:** | Re: Next steps |
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **To:** | Cecile de Jongh <████████@yahoo.com>; |

thanks, I guess the suggestion that " rusell won't lie ", needs to be rethought.


On Sun, Jul 1, 2012 at 10:49 AM, Cecile de Jongh <████████@yahoo.com> wrote:

I know this was a horrible week and i am really sorry about how things panned out. Not being able to take someone at their word is incredibly frustrating. However, all is not lost and  we will figure something out by coming up with a game plan to get around these obstacles. If it is any consolation, Russell screwed John on a signature peace officer bill (which is really important to gun issues in the VI) on the same day as the SORNA bill. He said one thing (multiple times) and did the complete opposite.

We will need to work through Dowe and White to get this accomplished. In the mean time, we will work with Vincent to give the discretion for status quo for you - that's the least he can do.

Enjoy the rest of the weekend.

With warm regards,

Cecile

Sent from my iPhone


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments, copyright -all rights reserved

CONFIDENTIAL

# Exhibit G

| | |
|---|---|
| **Date:** | Monday, December 24 2018 06:47 PM |
| **Subject:** | VIPA |
| **From:** | Cecile de Jongh <████████@yahoo.com> |
| **To:** | J E <jeevacation@gmail.com>; |

Happy Holidays Jeffrey,

John wanted to know whether you would support Carlton Dowe's bid to go back to VIPA? He is under consideration and worked his tail off on the campaign. He would be a good person for us at VIPA.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

CONFIDENTIAL

# Exhibit H

**From:**      Cecile de Jongh [          @yahoo.com]
**Sent:**      6/19/2014 5:06:15 PM
**To:**        jeffrey E. [jeevacation@gmail.com]
**Subject:**   Re: Confidential

**Importance:**   High

OK.

With warm regards,
Cecile

On Thursday, June 19, 2014 1:05 PM, jeffrey E. <jeevacation@gmail.com> wrote:

yes each individulally

On Thu, Jun 19, 2014 at 1:05 PM, Cecile de Jongh <          @yahoo.com> wrote:
Ok, should I ask them?

With warm regards,
Cecile

On Thursday, June 19, 2014 12:44 PM, jeffrey E. <jeevacation@gmail.com> wrote:

im sure darren rich bella ana wiould

On Thu, Jun 19, 2014 at 11:55 AM, Cecile de Jongh <          @yahoo.com> wrote:
Jeffrey,

Your help is needed. We are trying to get Stacey Plaskett elected to
Congress. Shawn Malone (current senate president) is running against her in the
Democratic primary in August. Shawn is the one who came after you in the senate
hearing last week. He is nasty and needs to be defeated and we would have a friend
in Stacey. Since this is a federal election, only personal contributions (up to
$2,600/person) can be given. She needs to raise about $75K between now and
August. Do you think any of your friends would give to her campaign?

With warm regards,
Cecile

CONFIDENTIAL                                    ESTATE_JPM015674

--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015675

# Exhibit I

| From: | Cecile de Jongh [███████@yahoo.com] |
|---|---|
| **Sent:** | 10/24/2014 3:45:22 PM |
| **To:** | JEE [jeevacation@gmail.com] |
| **Subject:** | Campaign Contributions |

**Importance:**    High

Hi Jeffrey,

I am confirming with you that STC will send $13K to the Democratic Party for the benefit of Stacey Plaskett.


With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM016163

# Exhibit J

**Date:** Friday, October 17 2014 07:59 PM
**Subject:** Re: Meeting Request
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <█████████@yahoo.com>;

personal

On Fri, Oct 17, 2014 at 3:57 PM, Cecile de Jongh <████████@yahoo.com > wrote:

From which entity?

With warm regards,
Cecile

On Friday, October 17, 2014 3:53 PM, jeffrey E. <jeevacation@gmail.com > wrote:

15k

On Fri, Oct 17, 2014 at 3:42 PM, Cecile de Jongh <█████████@yahoo.com > wrote:

Jeffrey,

How much would you like to give to the St. Croix District Democratic Party?  This is one of the two that Ottley mentioned to you.

With warm regards,
Cecile

On Thursday, October 16, 2014 1:04 PM, jeffrey E. <jeevacation@gmail.com > wrote:

Otley??

On Thursday, October 16, 2014, Cecile de Jongh <█████████@yahoo.com > wrote:

Jeffrey,

Kenn Mapp and Celestino White would like to see you.  If they can't see you tomorrow then next week Thursday or Friday as they will be in NY Monday for a fundraiser on Tuesday and Back on STT on Wednesday.

With warm regards,
Cecile

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this

ESTATE_JPM015950

communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--

    please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--

    please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

ESTATE_JPM015951

# Exhibit K

**Date:**     Friday, January 24 2014 04:47 PM

**Subject:**  Fwd: Fundraising Question

**From:**     Richard Kahn <█████████@gmail.com>

**To:**       Jeffrey Epstein <jeevacation@gmail.com>;

please confirm that this is to be paid from JEE personal account

Richard Kahn
HBRK Associates Inc.
575 Lexington Avenue, 4th Floor,
New York, New York 10022
tel █████████
fax █████████
cell █████████

Begin forwarded message:

> **From:** Cecile de Jongh <█████████@yahoo.com>
> **Subject: Fw: Fundraising Question**
> **Date:** January 24, 2014 11:35:09 AM EST
> **To:** Richard Kahn <█████████@gmail.com>
> **Reply-To:** Cecile de Jongh <█████████@yahoo.com>

Hi Rich,

Can you please prepare a check for $15,000 made payable to Governor's Special Events Fund.  Thanks.

With warm regards,
Cecile

On Friday, January 24, 2014 10:33 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:
yes

On Fri, Jan 24, 2014 at 10:51 AM, Cecile de Jongh <█████████@yahoo.com > wrote:

Hi Jeffrey,

I have been fundraising for John's final State of the Territory reception on Monday night.  I have raised $15K of the total $35K budget.  Would you be willing to match that?  John and I will cover the balance.

With warm regards,
Cecile

CONFIDENTIAL

--
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

# **Exhibit** L

**Date:**     Thursday, December 18 2014 06:15 PM
**Subject:**  Fw: Inaugural Committee
**From:**     Cecile de Jongh <​█████████@yahoo.com>
**To:**       JEE <jeevacation@gmail.com>;

Jeffrey,

I just want to confirm that you want to donate $10,000 to the Mapp-Potter Inaugural committee and that it should come from Southern Trust.

With warm regards,
Cecile

On Thursday, December 18, 2014 6:43 AM, Sebastiano Paiewonsky Cassinelli <█████████@yahoo.com> wrote:

Hi Cecile,

It was nice chatting with you.

Regarding a contribution to the Mapp-Potter Inaugural Committee, we would welcome any donation that Mr. Epstein would be so inclined to make.

Best,

Seb

CONFIDENTIAL

# Exhibit M

| Date: | Thursday, December 20 2018 05:35 PM |
|---|---|
| **Subject:** | Charitable Donations |
| **From:** | Cecile de Jongh <███████@yahoo.com> |
| **To:** | Jeffrey Epstein <jeevacation@gmail.com>; |
| **CC:** | Richard Kahn <███████@gmail.com>; |

Albert asked that the $30K go to the VI Little League.


With warm regards,

Cecile de Jongh

CONFIDENTIAL

# Exhibit N

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🖙 Please consider the environment before printing this e-mail.

**From:** Jeffrey <jeevacation@gmail.com >
**To:** Cecile de Jongh <████████@yahoo.com >
**Sent:** Monday, August 6, 2012 4:08 PM
**Subject:** Re: VIPD Training,

Yes  but let's talk

Sorry for all the typos .Sent from my iPhone
On Aug 6, 2012, at 12:01 PM, Cecile de Jongh <████████@yahoo.com > wrote:

> Would you have any interest in funding this? See email below.
>
> With warm regards,
>
> Cecile
>
>
> DISCLAIMER: The information contained in this e-mail may be privileged,confidential, and protected from
> disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or
> duplication of this communication is strictly prohibited. If you have received this communication in error, please
> notify the sender immediately and delete all copies.
>
> "Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln
>
> 🖙 Please consider the environment before printing this e-mail.
>
>
>
> ----- Forwarded Message -----
> **From:** Sebastiano Paiewonsky-Cassinelli <████████@yahoo.com >
> **To:** Cecile de Jongh <████████@yahoo.com >; Joe Aubain <████████@yahoo.com >
> **Sent:** Monday, August 6, 2012 2:53 PM
> **Subject:** FW: VIPD Training,
>
> Any thoughts?
>
> **From:** Roger Dewey <████@stxfoundation.org>
> **Date:** Monday, August 6, 2012 2:28 PM
> **To:** Sebastiano Paiewonsky-Cassinelli <████████@yahoo.com >
> **Subject:** VIPD Training,

Sebastiano,

The St. Croix Foundation has developed a partnership with the New York State Police Academy to send two VI officers to their week long world renown Homicide Investigation Training Program. This is by invitation only. We have mainly have sent St. Croix Officers but have included St. Thomas officers in the past. We want to make this available to two St. Thomas officers this year. You can review the training on their website. (Williams Homicide Training Course) It is September 15-20 in Albany.

We need to Department to identify two officers, and the registration must be done by close of business Wednesday. (Registration ends Friday and I am leaving on vacation Thursday.) I am not sure of the exact cost, but the registration fee is usually $800/attendee and we pay airfare and the first night hotel. The total has been approximately $3500-4000 each year. We can register them on line from my office but need to have a source to fund all this. (My VIPD fund that we manage is depleted.) In the past, however, we have subsequently charged the VIPD training division and gotten reimbursed and created a revolving fund for subsequent years.

We look forward to working with you.

Roger
------
Roger W. Dewey
President
St. Croix Foundation
http://www.stxfoundation.org/

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

# Exhibit O

| From: | Cecile de Jongh [███████@yahoo.com] |
|---|---|
| Sent: | 12/6/2018 7:21:52 PM |
| To: | Jeffrey Epstein [jeevacation@gmail.com] |
| CC: | Richard Kahn ███████@gmail.com] |
| Subject: | Charitable Giving |
| Importance: | High |

Good afternoon Jeffrey,

Albert suggested a school for autistic children (Coral Reef Academy) on STX and Junior Achievement (JA). I'm trying to get in touch with the head of the school and we have given to JA before. We have $50,000 that we must donate and 50% of that must go to public school programs or initiatives. JA is considered a public school initiative.

How much would you like to give to the school and JA?

With warm regards,

Cecile de Jongh

CONFIDENTIAL

# **Exhibit** P

**Date:** Friday, February 3 2017 10:58 PM
**Subject:** Re:
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>;

examples?

On Fri, Feb 3, 2017 at 3:23 PM, Cecile de Jongh <███████@yahoo.com> wrote:

I'm going to get a list of GOVI properties.

With warm regards,

Cecile de Jongh

On Friday, February 3, 2017 3:44 PM, jeffrey E. <jeevacation@gmail.com> wrote:


50m

On Fri, Feb 3, 2017 at 2:39 PM, Cecile de Jongh <███████@yahoo.com> wrote:

Yes, John said that there are properties.  How much do you need to collateralize?

With warm regards,

Cecile de Jongh

On Friday, February 3, 2017 3:23 PM, jeffrey E. <jeevacation@gmail.com> wrote:


the vi govt is desperate for cash.    does john know of any asset they might have that i can use as collateral.    islands. etc

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

# Exhibit Q

**Date:**    Thursday, December 20 2018 05:33 PM
**Subject:**  Inaugural Committee
**From:**    Cecile de Jongh <████████@yahoo.com>
**To:**      Jeffrey Epstein <jeevacation@gmail.com>;

Hi Jeffrey,

I got a call from the Bryan/Roach Inaugural Committee and they asked for a $25,000 donation to the inaugural events. They are trying to raise all the money privately. Please let me know your thoughts.


With warm regards,

Cecile de Jongh

CONFIDENTIAL

# Exhibit R

| | |
|---|---|
| **Date:** | Friday, January 24 2014 04:47 PM |
| **Subject:** | Fwd: Fundraising Question |
| **From:** | Richard Kahn <██████████@gmail.com> |
| **To:** | Jeffrey Epstein <jeevacation@gmail.com>; |

please confirm that this is to be paid from JEE personal account

Richard Kahn
HBRK Associates Inc.
575 Lexington Avenue, 4th Floor,
New York, New York 10022
tel ██████████
fax ██████████
cell ██████████

Begin forwarded message:

> **From:** Cecile de Jongh <██████████@yahoo.com>
> **Subject: Fw: Fundraising Question**
> **Date:** January 24, 2014 11:35:09 AM EST
> **To:** Richard Kahn <██████████@gmail.com>
> **Reply-To:** Cecile de Jongh <██████████@yahoo.com>
>
> Hi Rich,
>
> Can you please prepare a check for $15,000 made payable to Governor's Special Events Fund.  Thanks.
>
>
>
> With warm regards,
> Cecile
>
>
> On Friday, January 24, 2014 10:33 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:
> yes
>
>
> On Fri, Jan 24, 2014 at 10:51 AM, Cecile de Jongh <██████████@yahoo.com> wrote:
>
> Hi Jeffrey,
>
> I have been fundraising for John's final State of the Territory reception on Monday night.  I have raised $15K of the total $35K budget.  Would you be willing to match that?  John and I will cover the balance.
>
>
> With warm regards,
> Cecile

CONFIDENTIAL

ESTATE_JPM016303