# Carlton Dowe

P.O. Box 1143
St. Thomas, VI 00804
340-642-8388

**TO WHOM IT MAY CONCERN:**

Through this correspondence, I am seeking the court's permission to withdraw document No. 115, due to the fact that it was erroneously submitted.

Warm Regards,

*Carlton Dowe*

Carlton Dowe

Cdowe31@gmail.com