**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, and JANE DOE 6, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 1:23-cv-10301-AS |
| v. | |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100, | |
| Defendants. | |

**NOTICE OF MOTION BY DEFENDANT STACEY PLASKETT**

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court, Defendant Stacey Plaksett will move before the Honorable Arun Submaranian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the Individual and Class Action Second Amended Complaint filed by Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 6 pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  Defendant Stacey Plaskett will rely on the accompanying

memorandum of law, the Declaration of Stacey Plaskett, and the chart filed in accordance with the Court's individual rules of practice.

Dated: June 27, 2024

**DUANE MORRIS LLP**

By:  /s/ *Eric R. Breslin*
Eric R. Breslin
Melissa Geller
1540 Broadway
New York, NY 10036
Telephone: + 1 212 692 1000
ERBreslin@duanemorris.com
MSGeller@duanemorris.com