UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF THE UNITED ) <br> STATES VIRGIN ISLANDS, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | Case Number: 1:23-cv-10301-AS |

## DECLARATION OF DAVID I. ACKERMAN

Pursuant to 28 U.S.C. § 1746, I, David I. Ackerman, declare under penalty of perjury as follows:

1. I am an attorney at the law firm Motley Rice LLC, and am admitted to practice law in the State of New York. I have appeared in this case on behalf of Defendants Government of the United States Virgin Islands, former Governor Kenneth Mapp, and former Attorney General Vincent Frazer. I respectfully submit this Declaration in support of the Motion to Withdraw as Counsel for Former Governor Kenneth Mapp and Former Attorney General Vincent Frazer. Unless otherwise stated herein, I have personal knowledge of the facts stated in this Declaration, and, if called as a witness, I could and would testify competently to its contents under oath.

2. Plaintiffs' Amended Complaint asserted claims against the Government of the U.S. Virgin Islands and against Mr. Mapp and Mr. Frazer solely in their official capacities. Consistent with those allegations, I undertook their representation in this matter.

3. Plaintiffs have now filed a Second Amended Complaint, asserting claims against Mr. Mapp and Mr. Frazer "in their individual and official capacities because they committed the conduct alleged before, during, and/or after they left office."[1]

4. Because Plaintiffs expanded their allegations, a potential for conflict of interest has arisen that may affect my representation of Messrs. Mapp and Frazer.

5. By submitting this motion, I do not suggest—or intend to suggest—that Messrs. Mapp and Frazer have committed any wrongdoing, or that Plaintiffs' allegations against them have merit. Rather, I submit this motion solely to comply with my ethical obligations in this matter.

6. Mr. Mapp and Mr. Frazer have been informed of this decision and of the intent to file this motion to withdraw.

7. I am not asserting a retaining or charging lien in connection with this withdrawal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2024.

_____
David I. Ackerman

---

[1] Dkt. 112 at ¶ 36.