UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, *et al.*, <br><br> Defendants. | Case Number: 23-cv-10301-AS |

## NOTICE OF MOTION TO DISMISS AND TO STRIKE

Defendant Cecile de Jongh, by and through undersigned counsel, pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, hereby respectfully requests dismissal of all of Plaintiffs' claims against her in the Second Amended Complaint (ECF No. 112). Ms. de Jongh is filing concurrently with this Motion a notice of joinder in her co-defendants' motions, including Stacy Plaskett's Motion to dismiss (ECF Nos. 117, 118) and Mr. de Jongh Jr.'s Motion to dismiss (ECF No. 120). A memorandum of law, exhibits in support thereof, and non-argumentative chart are attached.

Dated: July 3, 2024

_____
Amelia J. Schmidt (NYS Bar 4947131)
(admitted *pro hac vice*)
Matt Kaiser (admitted *pro hac vice*)
Courtney Forrest (admitted *pro hac vice*)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
aschmidt@kaiserlaw.com
mkaiser@kaiserlaw.com
cforrest@kaiserlaw.com

*Counsel for Cecile de Jongh*