# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE UNITED )<br>STATES VIRGIN ISLANDS, *et al.* )<br>)<br>Defendants. )<br>_____) | Case Number: 1:23-cv-10301-AS |

## NOTICE OF MOTION TO DISMISS

COMES NOW, Defendant Government of the United States Virgin Islands, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6), and hereby respectfully requests that the Court dismiss all claims in the Second Amended Complaint (Dkt. 112). The reasons in support of the Government's Motion are set forth in the Memorandum of Law filed herewith.

Dated: July 3, 2024

Respectfully submitted,

IAN CLEMENT
DEPUTY ATTORNEY GENERAL

By: */s/ David I. Ackerman*
David I. Ackerman (NYS Bar #4110839)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 849-4962
Email: dackerman@motleyrice.com

Venetia Velázquez, Esq. (*pro hac vice*)
Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
6151 Estate LaReine
Kingshill, St. Croix

U.S. Virgin Islands 00850
Tel: (340) 773-0295 Ext 20248
Email: venetia.velazquez@doj.vi.gov

*Counsel for Defendant Government of the United States Virgin Islands*