UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, and JANE DOE 6, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100, <br><br> Defendants. | CIVIL ACTION NO. 1:23-cv-10301-AS |

**NOTICE OF MOTION BY DEFENDANT STACEY PLASKETT**

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court, Defendant Stacey Plaksett will move before the Honorable Arun Submaranian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an awarding sanctions against counsel for Plaintiffs Jane Does 1, 2, 3, 4, 5, and 6 under Federal Rule of Civil Procedure 11. Defendant Stacey Plaskett will rely on the accompanying memorandum of law, the Declaration of Stacey Plaskett, and the Declaration of Eric R. Breslin.

Dated:  July 2, 2024

                                      **DUANE MORRIS LLP**

                                  /s/ *Eric R. Breslin*
By:    Eric R. Breslin
         Melissa Geller
         1540 Broadway
         New York, NY 10036
         Telephone: + 1 212 692 1000
         ERBreslin@duanemorris.com
         MSGeller@duanemorris.com