Exhibit D

# Geller, Melissa S.

| | |
|---|---|
| **From:** | Geller, Melissa S. |
| **Sent:** | Monday, June 10, 2024 12:39 PM |
| **To:** | Jordan Merson; kkramer@mersonlaw.com; Annette Hasapidis; Jennifer Plotkin |
| **Cc:** | Breslin, Eric R. |
| **Subject:** | Doe 1 v. Gov't of the Virgin Islands |
| **Attachments:** | 2024.06.10 Letter to Counsel.pdf; Motion and Memorandum of Law.pdf |

Counsel,

Please see the attached correspondence and attachments.

Regards,

**Melissa S. Geller**
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

200 Campus Drive, Ste 300
Florham Park, NJ 07932-1007

**P:** +1 212 692 1077
**F:** +1 973 556 1562

MSGeller@duanemorris.com
www.duanemorris.com

1