UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, *et al.*       )
                           )
    Plaintiffs,            )
                           )
v.                         )    Case Number: 1:23-cv-10301-AS
                           )
GOVERNMENT OF THE UNITED   )
STATES VIRGIN ISLANDS, *et al.* )
                           )
    Defendants.            )
_____)

## OPPOSITION TO THE MOTION OF THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS TO WITHDRAW AS COUNSEL OF DEFENDANT KENNETH E. MAPP

COME NOW, Defendant KENNETH E. MAPP, and respectfully requests that this Court deny the Motion of the Government of the US Virgin Islands to withdraw as Counsel for Defendant Kenneth E. Mapp (Docket number 119). In support of this Opposition, Defendant states as follows:

1.   Defendant Kenneth E. Mapp served as Governor of the United States Virgin Islands between January 5, 2015, and January 7, 2019.

2.   Defendant Mapp denies the allegations made against him in Plaintiffs' initial Complaint filed November 22, 2023, and the allegations in their amended Complaint filed December 13, 2023.

3.   Defendant Mapp opposes the Motion filed by Government of the US Virgin Islands on July 2, 2024, Document # 119, to Withdraw as Counsel of Former Governor Kenneth E. Mapp. In its Motion to withdraw as Counsel, the Government asserts that Plaintiffs' allegation at paragraph 36 of its amended complaint that "All causes of action are brought against the individual defendants …in their individual and official capacities because they committed the conduct alleged before, during and after they left office", creates a potential "conflict of interest".

4. Defendant Mapp contends that this assertion of the Government, standing alone and on its face is insufficient cause to grant the Government leave of its fiduciary responsibility to represent a former Governor of the US Virgin Islands in a pending litigation against the Government of the US Virgin Islands. Plaintiff's allegations in the initial and amended Complaints and those referenced in the Government's motion to withdraw does not state any specific act or conduct of Mapp or any specific date that Mapp may have committed the alleged conduct for the Government of the US Virgin Islands to determine that a potential conflict of interest may exist with regards to Defendant Mapp.

5. The Supreme Court of the United States Virgin Islands has opined in a separate matter on the issue of immune acts and statements of Governors of the Virgin Islands and this matter of the Government withdrawing its legal representation in a pending litigation against the Government, which asserts acts or statements of Governors or former Governors require further adjudication by the local Courts of the US Virgin Islands.

6. Defendant Mapp will be irreparably harmed if the Government's Motion to withdraw is granted.

7. The basis that the Government has put forward to withdraw its representation of Defendant Mapp is insufficient for the Government to be granted leave to withdraw its representation of a former Governor.

WHEREFORE, the Government's Motion to Withdraw its representation of Defendant Mapp should be denied.

Dated: July 5, 2024

Respectfully Submitted,

/s/ Kenneth E. Mapp
KENNETH E. MAPP, *pro se*