UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS et al., <br><br> Defendants. | 23-cv-10301 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

No later than **July 22, 2024,** Defendants Kenneth Mapp and Vincent Frazer shall have counsel enter an appearance on their behalf in this case. Alternatively, by the same deadline, Defendants may submit letters indicating that they intend to appear pro se.

SO ORDERED.

Dated: July 11, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge