**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE UNITED )<br>STATES VIRGIN ISLANDS, *et al.* )<br>)<br>Defendants. )<br>_____ ) | Case Number: 1:23-cv-10301-AS |

### OPPOSITION TO THE MOTION OF THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS TO WITHDRAW AS COUNSEL OF DEFENDANT KENNETH E. MAPP

COME NOW, Defendant KENNETH E. MAPP, and respectfully requests that this Court deny the Motion of the Government of the US Virgin Islands to withdraw as Counsel for Defendant Kenneth E. Mapp (Docket number 119). In support of this Opposition, Defendant states as follows:

1. Defendant Kenneth E. Mapp served as Governor of the United States Virgin Islands between January 5, 2015, and January 7, 2019.

2. Defendant Mapp denies the allegations made against him in Plaintiffs' initial Complaint filed November 22, 2023, and the allegations in their amended Complaint filed December 13, 2023.

3. Defendant Mapp opposes the Motion filed by Government of the US Virgin Islands on July 2, 2024, Document # 119, to Withdraw as Counsel of Former Governor Kenneth E. Mapp. In its Motion to withdraw as Counsel, the Government asserts that Plaintiffs' allegation at paragraph 36 of its amended complaint that "All causes of action are brought against the individual defendants …in their individual and official capacities because they committed the conduct alleged before, during and after they left office", creates a potential "conflict of interest".

4. Defendant Mapp contends that this assertion of the Government, standing alone and on its face is insufficient cause to grant the Government leave of its fiduciary responsibility to represent a former Governor of the US Virgin Islands in a pending litigation against the Government of the US Virgin Islands. Plaintiff's allegations in the initial and amended Complaints and those referenced in the Government's motion to withdraw does not state any specific act or conduct of Mapp or any specific date that Mapp may have committed the alleged conduct for the Government of the US Virgin Islands to determine that a potential conflict of interest may exist with regards to Defendant Mapp.

5. The Supreme Court of the United States Virgin Islands has opined in a separate matter on the issue of immune acts and statements of Governors of the Virgin Islands and this matter of the Government withdrawing its legal representation in a pending litigation against the Government, which asserts acts or statements of Governors or former Governors require further adjudication by the local Courts of the US Virgin Islands.

6. Defendant Mapp will be irreparably harmed if the Government's Motion to withdraw is granted.

7. The basis that the Government has put forward to withdraw its representation of Defendant Mapp is insufficient for the Government to be granted leave to withdraw its representation of a former Governor.

WHEREFORE, the Government's Motion to Withdraw its representation of Defendant Mapp should be denied.

Dated: July 5, 2024

Respectfully Submitted,

/s/ Kenneth E. Mapp
KENNETH E. MAPP, *pro se*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF THE UNITED ) <br> STATES VIRGIN ISLANDS, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | Case Number: 1:23-cv-10301-AS |

## DEFENDANT KENNETH E. MAPP'S JOINDER IN THE GOVERNMENT'S MOTION TO DISMISS THE PLAINTIFFS' SECOND AMENDED COMPLAINT

COME NOW, Defendant KENNETH E. MAPP, and respectfully requests that this Court grant leave for Defendant Mapp to join in the arguments set forth in the Government of the United States Virgin Islands' Motion to Dismiss the Plaintiffs' Second Amended Complaint (Docket numbers.124 and 125). In support of this Motion, Defendant states as follows:

1. Plaintiffs filed their initial Complaint on November 22, 2023, and filed an Amended Complaint on December 13, 2023. A Second Amended Complaint has now been filed.

2. This Court set a deadline of July 3, 2024, for all defendants to file a response to the Plaintiff's Complaint. (Dkt. # 109 & May 29, 2024, minute order).

3. Defendant has reviewed the arguments set forth by Defendant Government of the United States Virgin Islands in its Motion to Dismiss and believes that most, if not all, of the arguments are equally applicable to the claims against Defendant. Specifically, for the reasons set forth in that brief: (a) the Court lacks Personal Jurisdiction over Defendant; (b) venue is improper in New York; and (c) the Complaint fails to state any claim against Defendant as a matter of law or of fact.

4.      Defendant Mapp denies the allegations made against him in Plaintiffs' initial Complaint filed November 22, 2023, and the allegations in their amended Complaint filed December 13, 2023.

WHEREFORE, Defendant Mapp, except as noted otherwise, respectfully joins in the arguments set forth by the Government of the U.S. Virgin Islands in opposition to the Second Amended Complaint

Dated: July 3, 2024                                                  Respectfully Submitted,

/s/ Kenneth E. Mapp
KENNETH E. MAPP, *pro se*

Kenneth E. Mapp
2611 Meadowedge Loop
Saint Cloud, Fl 34772
Rasmapp@aol.com
340-643-0748

RECEIVED
SDNY PRO SE OFFICE
2024 JUL -9 PM 2:05

US District Court
Patrick Moynihan US Courthouse
Attn: Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

Re: Case Number: 1:23-cv-10301-AS
"Jane Doe 1, et V Government of the United States Virgin Islands, et al"

Please find enclosed three (3) separate filings to be a part of the above referenced case, 1:23-cv-10301-AS, captioned: "Jane Doe 1, et al V Government of the United States Virgin Islands, et al".

I am mailing these filings to you as a pro se litigant in this action. I did apply and opened pacer account number 8031317; however, I was unable to achieve approval from the District Court to accomplish electronic filings. I was informed that my only other option is to submit these documents in person by delivering them to the New York Courthouse. I reside in Florida and I'm unable to deliver the documents in person.

I have completed and enclosed a Consent to Electronic Service form. I also emailed the documents, but I do not know if they would meet the standards for acceptance via email.

If you have any questions, or need additional information, please contact me.


Respectfully,

Kenneth E. Mapp
340-643-0748
407-931-6629

USMP3
SDNY

US District Court
Patrick Moynihan US Courthouse
Attn: Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

RE: 1:23-Cv-10301-AS