UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>                                  Plaintiffs,<br><br>                -against-<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS et al.,<br><br>                                Defendants. | 23-cv-10301 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's July 11, 2024 Order, ECF No. 139, Defendants Kenneth Mapp and Vincent Frazer were required to have counsel enter an appearance on their behalf or submit letters indicating that they intend to appear pro se no later than July 22, 2024. To date, neither defendant has done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 19, 2024**.

      Counsel David I. Ackerman and Venetia Velázquez should serve Mr. Mapp and Mr. Frazer with copies of this order by email.

      SO ORDERED.

Dated: August 12, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge