# Exhibit E

**Date:** Friday, September 7 2018 06:26 PM
**Subject:** Re: Support Stacey Plaskett's Re-Election Campaign! - Events in St. Thomas and St. Croix
**From:** Details Consulting <███@detailsconsultingllc.com>
**To:** jeffrey E. <jeevacation@gmail.com>;

Thank you so much for your support! Which event will you attend?

On Fri, Sep 7, 2018 at 2:21 PM, jeffrey E. <jeevacation@gmail.com> wrote:

DonTe max. No nsme

On Fri, Sep 7, 2018 at 8:15 PM Details Consulting <███@detailsconsultingllc.com> wrote:
Hi Mr. Epstein,

I'm sorry I don't understand your email. Did you want to act as a host but not included on the invitation? Which event would you like to donate to? Would you like to send a check or online?

On Wed, Sep 5, 2018 at 7:27 PM, jeffrey E. <jeevacation@gmail.com> wrote:

host nanonymous

On Wed, Sep 5, 2018 at 5:20 PM, Details Consulting <███@detailsconsultingllc.com> wrote:

Good Afternoon Friends,

Thank you so much for your continued support of Congresswoman Stacey Plaskett. We have two events coming up and would love to have your support at one of them. Please reply to this email to RSVP. Details are below and invitations are attached!

**Tuesday, September 18th**
6pm - 8pm
Amalia Cafe
5143 Palm Passage, St. Thomas

**Wednesday, September 19th**
6pm - 8pm
Maria's Cantina
5032 Anchor Way, Arawak Building Suite 1
Christiansted, St Croix

--

please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved
--

please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015886

Case 1:23-cv-10301-AKS  Document 195-6  Filed 05/08/24  Page 4 of 7
Case 1:22-cv-10904-JSR  Document 186-7  Filed 06/14/23  Page 2 of 3

**From:** Lesley Groff [█████@gmail.com]
**Sent:** 7/12/2018 3:32:46 PM
**To:** Jeffrey Epstein [jeevacation@gmail.com]
**Subject:** Re: Bloomberg Invite for Plaskett for Congress fundraiser

**Importance:** High

Sure thanks Lesley

The short answer is that because there will be a primary and a general election for the congressional race our campaign can receive $5,400 from each individual contributor. The FEC states that a candidate may receive $2,700 for each race - and because there will be a primary and a general election a contributor may write one check for $5,400 and designate on the note line $2.7k for primary; $2.7k for general.


On Jul 12, 2018, at 10:57 AM, jeffrey E. <jeevacation@gmail.com> wrote:

get maximum ampounts allowed

On Thu, Jul 12, 2018 at 10:57 AM, Lesley Groff <█████@gmailcom> wrote:

Begin forwarded message:

**From:** Stacey Plaskett <█████@gmail.com>
**Subject: Bloomberg Invite for Plaskett for Congress fundraiser**
**Date:** July 12, 2018 at 10:55:05 AM EDT
**To:** █████@gmail.com, Erika Kellerhals <█████@kellfer.com>
**Cc:** █████@detailsconsultingllc.com

Good morning Lesley,

If you would share this invitation with Jeffrey I'd be much appreciative. I would be grateful for his support and the support of those that he may direct to assist me.
I'll be in New York City the Thursday of the event through the weekend.

Again thanks

Stacey


Begin forwarded message:

**From:** Yolonda Addison <█████@detailsconsultingllc.com>
**Date:** July 11, 2018 at 3:15:09 PM EDT
**To:** LeRoy Daughter <█████@gmail.com>, Stacey Plaskett <█████@gmail.com>
**Cc:** Jerome Murray <█████@gmail.com>
**Subject: Bloomberg Invite**

CONFIDENTIAL                                                    ESTATE_JPM012219

**From:** Cecile de Jongh [████████@yahoo.com]
**Sent:** 10/24/2014 3:45:22 PM
**To:** JEE [jeevacation@gmail.com]
**Subject:** Campaign Contributions

**Importance:** High

Hi Jeffrey,

I am confirming with you that STC will send $13K to the Democratic Party for the benefit of Stacey Plaskett.

With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM016163

**From:** Cecile de Jongh [▮▮▮@yahoo.com]
**Sent:** 6/19/2014 5:06:15 PM
**To:** jeffrey E. [jeevacation@gmail.com]
**Subject:** Re: Confidential
**Importance:** High

OK.

With warm regards,
Cecile

On Thursday, June 19, 2014 1:05 PM, jeffrey E. <jeevacation@gmail.com> wrote:

yes each individulally

On Thu, Jun 19, 2014 at 1:05 PM, Cecile de Jongh <▮▮▮@yahoo.com> wrote:
Ok, should I ask them?

With warm regards,
Cecile

On Thursday, June 19, 2014 12:44 PM, jeffrey E. <jeevacation@gmail.com> wrote:

im sure darren rich bella ana wiould

On Thu, Jun 19, 2014 at 11:55 AM, Cecile de Jongh <▮▮▮@yahoo.com> wrote:
Jeffrey,

Your help is needed. We are trying to get Stacey Plaskett elected to Congress. Shawn Malone (current senate president) is running against her in the Democratic primary in August. Shawn is the one who came after you in the senate hearing last week. He is nasty and needs to be defeated and we would have a friend in Stacey. Since this is a federal election, only personal contributions (up to $2,600/person) can be given. She needs to raise about $75K between now and August. Do you think any of your friends would give to her campaign?

With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM015674

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015675