# Exhibit L

STACEY E. PLASKETT  Confidential
GOV. OF U.S. vs JPMORGAN CHASE BANK

May 09, 2023
1

1

2                    UNITED STATES DISTRICT COURT FOR THE

3                      SOUTHERN DISTRICT OF NEW YORK

4        --------------------------

5    GOVERNMENT OF THE UNITED
     STATES OF AMERICA,

6
              Plaintiff,

7    v
                                        Case No. 1:22-cv-10904-UA

8    JPMORGAN CHASE BANK, N.A.,

9             Defendant,

10       --------------------------

11

12

13

14

15                          CONFIDENTIAL

16                 VIDEOTAPED DEPOSITION OF

17                    STACEY E. PLASKETT

18                   Tuesday, May 9, 2023

19                     9:00 a.m. EST

20

21

22

23

24   Reported by:  Goldy Gold, RPR

25   Job No. J9647388



14

STACEY PLASKETT - CONFIDENTIAL

1

2    Q.    What was your book going to be?            09:23

3    A.    It was going to be a historical book      09:23

4  about earlier life, maybe a generation or so ago,  09:23

5  in the Virgin Islands.                            09:23

6    Q.    And what was the law firm that you        09:23

7  worked for initially?                             09:24

8    A.    I worked with Nichols Newman Logan.       09:24

9    Q.    And how long were you with Nichols        09:24

10  Newman Logan?                                     09:24

11    A.    I was there until 2007.                   09:24

12    Q.    Which was how -- I didn't ask you        09:24

13  actually when you first moved down?               09:24

14    A.    I think I moved down in 2005, so          09:24

15  approximately two years.                          09:24

16    Q.    Okay.  And what kind of work were         09:24

17  you doing at Nichols Newman for those two years?  09:24

18    A.    Primarily transactional.  And also        09:24

19  in the Virgin Islands at that time, all attorneys  09:24

20  did court-appointed work.  Most of the lawyers in  09:24

21  the firm were not courtroom attorneys, and so I    09:24

22  did a lot of the courtroom appearances for the    09:24

23  law firm.                                         09:24

24    Q.    Okay.  And then 2007, you moved to a      09:24

25  new job?                                          09:24



| | | |
|---|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL | |
| 2 | A.      Yes. | 09:24 |
| 3 | Q.      What was that? | 09:24 |
| 4 | A.      I was hired as the counsel for the | 09:24 |
| 5 | Virgin Islands Economic Development Authority. | 09:25 |
| 6 | (Court reporter clarification.) | |
| 7 | BY MR. NEIMAN: | 09:25 |
| 8 | Q.      What is the Virgin Islands Economic | 09:25 |
| 9 | Development Authority? | 09:25 |
| 10 | A.      The Virgin Islands Economic | 09:25 |
| 11 | Development Authority is a semi-autonomous agency | 09:25 |
| 12 | in the Virgin Islands, which handles many | 09:25 |
| 13 | incentives to bring as well as grow businesses in | 09:25 |
| 14 | the territory through various vehicles:  A | 09:25 |
| 15 | government development bank, which gives loans to | 09:25 |
| 16 | businesses, small businesses predominantly; a tax | 09:25 |
| 17 | incentive program under the U.S. code, which | 09:25 |
| 18 | allows businesses and individuals to receive tax | 09:25 |
| 19 | reductions on federal taxes for businesses and | 09:25 |
| 20 | employment that they bring to the territory. | 09:25 |
| 21 | Q.      And you described this as a | 09:25 |
| 22 | semi-autonomous agency? | 09:26 |
| 23 | A.      Correct. | 09:26 |
| 24 | Q.      Can you explain what you meant by | 09:26 |
| 25 | that? | 09:26 |



1       STACEY PLASKETT CONFIDENTIAL                    10:48

2       texts with him during your time at the Economic    10:48

3       Development Authority?                              10:48

4            A.     I do not recall.                        10:48

5            Q.     When do you think you first met        10:48

6       Mr. Epstein in person?                              10:48

7            A.     After leaving the Economic            10:48

8       Development Authority.                              10:48

9            Q.     How did that first meeting come        10:48

10      about, as best as you can recall?                  10:48

11           A.     Well, I was running for office.  I     10:48

12      was, as individuals running for office do,         10:48

13      looking for contributors, donors.  Erika           10:48

14      Kellerhals introduced me to Mr. Epstein as a       10:48

15      potential donor.                                    10:48

16           Q.     At the time that you were introduced   10:48

17      -- withdrawn.                                       10:48

18                  And where was the first meeting with   10:48

19      Mr. Epstein?                                        10:48

20           A.     At his office in St. Thomas.           10:48

21           Q.     Do you remember about how many times   10:48

22      you met with Mr. Epstein?                           10:48

23           A.     I do not recall.                        10:49

24           Q.     Do you think it was more than five     10:49

25      times?                                              10:49



STACEY E. PLASKETT  Confidential                           May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK                                73

STACEY E. PLASKETT  Confidential                           May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

| | | |
|---|---|---|
| 1 | STACEY PLASKETT CONFIDENTIAL | |
| 2 | A. No. | 10:49 |
| 3 | Q. Where else did you meet with him | 10:49 |
| 4 | other than in his offices at St. Thomas? | 10:49 |
| 5 | A. I met him in his home in New York. | 10:49 |
| 6 | Q. Did you ever meet him on Little | 10:49 |
| 7 | Saint James? | 10:49 |
| 8 | A. No. | 10:49 |
| 9 | Q. About how many times were you at his | 10:49 |
| 10 | home in New York? | 10:49 |
| 11 | A. I believe one time. | 10:49 |
| 12 | Q. Okay.  About how many times did you | 10:49 |
| 13 | meet with him in his office? | 10:49 |
| 14 | A. I would have to speculate -- in -- | 10:49 |
| 15 | office in St. Thomas? | 10:49 |
| 16 | Q. Yes. | 10:49 |
| 17 | A. I would have to speculate. | 10:49 |
| 18 | Q. More than once, do you believe? | 10:49 |
| 19 | A. Yes. | 10:49 |
| 20 | Q. But less than five times? | 10:49 |
| 21 | A. Yes. | 10:49 |
| 22 | Q. About how many times did you speak | 10:49 |
| 23 | to Mr. Epstein on the phone? | 10:49 |
| 24 | A. I did not recall. | 10:49 |
| 25 | Q. More than five times? | 10:49 |



STACEY E. PLASKETT  Confidential                        May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK                              74

STACEY E. PLASKETT  Confidential                        May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

| | | |
|---|---|---|
| 1 | STACEY E. PLASKETT CONFIDENTIAL | |
| 2 | A.    Yes. | 10:49 |
| 3 | Q.    More than ten times? | 10:49 |
| 4 | A.    I do not recall. | 10:49 |
| 5 | Q.    What do you recall discussing with | 10:49 |
| 6 | him when you met him in person? | 10:50 |
| 7 | A.    About my intentions -- the first -- | 10:50 |
| 8 | Q.    Yeah.  Let's start with the first | 10:50 |
| 9 | time. | 10:50 |
| 10 | A.    Related to campaign contributions. | 10:50 |
| 11 | Q.    In what way? | 10:50 |
| 12 | A.    I cannot recall at that point in | 10:50 |
| 13 | time what the specifics were. | 10:50 |
| 14 | Q.    Is it fair to say you were asking | 10:50 |
| 15 | for money? | 10:50 |
| 16 | A.    Correct. | 10:50 |
| 17 | Q.    Do you remember how much you asked | 10:50 |
| 18 | for? | 10:50 |
| 19 | A.    I do not recall at that meeting if | 10:50 |
| 20 | the contribution was solely for myself. | 10:50 |
| 21 | Q.    Ah.  Who else might it have been | 10:50 |
| 22 | for? | 10:50 |
| 23 | A.    The Democratic Party. | 10:50 |
| 24 | Q.    Okay.  So fair to say that, during | 10:50 |
| 25 | the course of your multiple discussions with | 10:50 |



|  |  |  |
|---|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL | |
| 2 | you were going to run for Congress again? | 11:04 |
| 3 | A.    When I lost. | 11:04 |
| 4 | Q.    Okay.  And when you went to work for | 11:04 |
| 5 | the Kellerhals firm, how long did you work there? | 11:04 |
| 6 | A.    I don't recall the time frame, but | 11:04 |
| 7 | it would have been 2013. | 11:04 |
| 8 | Q.    I know that in the past, at least, | 11:04 |
| 9 | Ms. Kellerhals had done work for Mr. Epstein | 11:04 |
| 10 | and/or his companies. | 11:04 |
| 11 | Did you, while you were at the firm, | 11:04 |
| 12 | do any work for Epstein or any Epstein-related | 11:04 |
| 13 | businesses? | 11:04 |
| 14 | A.    I don't recall. | 11:04 |
| 15 | Q.    What kind of work did you do at the | 11:04 |
| 16 | firm? | 11:04 |
| 17 | A.    Predominantly transactional for | 11:04 |
| 18 | companies that were in the Virgin Islands and for | 11:04 |
| 19 | a few advice related to the economic development. | 11:05 |
| 20 | Q.    And I take it that Epstein and his | 11:05 |
| 21 | businesses remained a client of the Kellerhals | |
| 22 | firm during the time that you were there; is that | 11:05 |
| 23 | fair? | 11:05 |
| 24 | A.    Yes. | 11:05 |
| 25 | Q.    All right.  Let's talk about a | 11:05 |



| | |
|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL |
| 2 | A.    I don't recall. | 12:28 |
| 3 | Q.    Did you talk to Mr. Epstein about | 12:28 |
| 4 | this press release? | 12:28 |
| 5 | A.    I don't recall. | 12:28 |
| 6 | Q.    Just going back to the press release | 12:28 |
| 7 | for a moment.  I'm sorry. | 12:28 |
| 8 | You'll see in the third paragraph, | 12:28 |
| 9 | there's a description of you having received | 12:28 |
| 10 | $5,400 in two separate contributions from Epstein | 12:28 |
| 11 | on August 2nd, according to federal campaign | 12:28 |
| 12 | finance records, right? | 12:28 |
| 13 | A.    Yes. | 12:28 |
| 14 | Q.    And that was true, right?  You had | 12:28 |
| 15 | gotten two donations from Mr. Epstein personally | 12:28 |
| 16 | on or about August 2nd of 2016? | 12:29 |
| 17 | A.    Yes, totaling $5,400. | 12:29 |
| 18 | Q.    Okay.  And that was -- so August 2nd | 12:29 |
| 19 | was about two weeks after the text exchange with | 12:29 |
| 20 | Erika about what building you should be going to | 12:29 |
| 21 | for a meeting with Mr. Epstein, right?  That's | 12:29 |
| 22 | Exhibit 20? | 12:29 |
| 23 | A.    State the date again? | 12:29 |
| 24 | Q.    I said it's about two weeks after -- | 12:29 |
| 25 | A.    Yes. | 12:29 |



```
 1            STACEY PLASKETT - CONFIDENTIAL            02:13
 2   didn't want his name on the host committee?        02:13
 3        A.     I learned that he donated to the       02:13
 4   campaign.                                          02:13
 5        Q.     Did you learn that he didn't want      02:13
 6   his name included on the invitation?               02:13
 7        A.     I don't recall at that point.          02:13
 8        Q.     Did you want his name on your          02:13
 9   invitation?                                        02:13
10        A.     I don't recall expressing an          02:13
11   opinion.                                           02:13
12        Q.     Yeah.  And I'm asking a slightly       02:13
13   different question, not so much whether you        02:13
14   recall expressing an opinion.                      02:13
15             But in 2018, did you think having        02:13
16   Jeffrey Epstein's name on your campaign            02:13
17   invitations would be a good idea?                  02:13
18        A.     I don't recall.                        02:13
19        Q.     Do you remember meeting with           02:13
20   Mr. Epstein in the fall of 2018?                   02:13
21        A.     I don't recall.                        02:13
22        Q.     Do you remember -- you testified       02:13
23   before that you thought you had met with him at    02:14
24   his home once in New York?                         02:14
25        A.     Yes.                                   02:14
```



```
 1              STACEY PLASKETT - CONFIDENTIAL

 2        Q.      Tell me about his home.  What do you

 3   remember about him?

 4        A.      I remember it being off of Lexington

 5   Avenue.  I recall going to the address, ringing

 6   the bell, someone coming from outside which I

 7   assumed to be a security person.

 8        Q.      Uh-huh.

 9        A.      Someone opening the door, coming

10   into a large foyer area, meeting Lesley Groff,

11   telling me that he would be with me.  Walking

12   through an even larger foyer stairwell area to a

13   room immediately there that would appear to be a

14   dining room, where he was sitting at a very long

15   table having a conversation with another

16   gentleman.  Wrapping up the conversation, that

17   person leaving -- making introductions, that

18   person leaving, and me sitting down and having a

19   conversation with him.

20        Q.      Do you remember who the other person

21   was who was there meeting with Mr. Epstein?

22        A.      I don't recall the person's name.

23        Q.      Were there any women present in the

24   home when you visited?

25        A.      Other than Ms. Groff, no.
```

02:14 02:14 02:14 02:14 02:14 02:14 02:14 02:14 02:14 02:14 02:15 02:15 02:15 02:15 02:15 02:15 02:15 02:15 02:15



1              STACEY PLASKETT - CONFIDENTIAL

2          Q.      Did you ever hear that when                  02:15

3    Mr. Epstein traveled to the Virgin Islands, he             02:15

4    often had young women with him?                            02:15

STACEY E. PLASKETT  Confidential                    May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

5          A.      What time frame are you asking me            02:15

6    did I know?                                                 02:15

7          Q.      Ever.                                        02:15

8          A.      Yes.                                         02:15

9          Q.      When do you recall?                          02:15

10         A.      I don't recall the exact time of            02:16

11   hearing that.                                              02:16

12         Q.      Do you think it was before or after          02:16

13   September of 2018?                                         02:16

14         A.      I don't recall.                             02:16

15         Q.      So it could have been earlier than           02:16

16   that?                                                      02:16

17         A.      It could have.                               02:16

18         Q.      Okay.  So what happened -- how long          02:16

19   was your meeting with Mr. Epstein at his home?            02:16

20         A.      I don't recall.                             02:16

21         Q.      Was it more than an hour?                    02:16

22         A.      No.        800.211.DEPO (3376)              02:16
                              EsquireSolutions.com

23         Q.      Okay.  Half an hour, roughly?               02:16

24         A.      Potentially.                                02:16

25         Q.      What do you recall talking about?           02:16



```
 1              STACEY PLASKETT - CONFIDENTIAL

 2        A.      Virgin Islands' politics, national      02:16

 3   politics, campaign contribution.                     02:16

 4        Q.      Okay.  Do you remember what your ask    02:16

 5   was?                                                 02:16

 6        A.      No.                                      02:16

 7        Q.      Were you trying to raise money for      02:16

 8   the DCCC at this time?                               02:17

 9        A.      I think I was always trying to raise    02:17

10   money for the Democratic Congressional Campaign      02:17

11   Committee.                                           02:17

12        Q.      That's one of the jobs of being a       02:17

13   Democratic congressperson, correct?                 02:17

14        A.      Yes.                                     02:17

15        Q.      And you had a total of $250,000 that    02:17

16   you were supposed to try to raise?                  02:17

17        A.      Members of Congress, based upon         02:17

18   their seniority and committee assignments, have      02:17

19   dues as well as raise amounts that are requested.    02:17

20        Q.      And do you recall yours being around    02:17

21   $250,000 in this time period?                        02:17

22        A.      I don't recall at that time period      02:17

23   what it was, but that does not sound                 02:17

24   unreasonable.                                         02:17

25        Q.      It does not sound unreasonable?        02:17
```



STACEY E. PLASKETT  Confidential
GOV. OF U.S. vs JPMORGAN CHASE BANK                    May 09, 2023
                                                          220

1               STACEY PLASKETT - CONFIDENTIAL

2       A.      No.                                          02:17

3       Q.      Okay.  And that's a lot of money?          02:17

4       A.      Yes.                                        02:17
STACEY E. PLASKETT Confidential
GOV. OF U.S. vs JPMORGAN CHASE BANK              May 09, 2023
5       Q.      So who were your prospects for              02:17

6  raising that kind of money?                              02:17

7       A.      Individuals who had donated before,         02:17

8  alumni, individuals who were interested in the           02:17

9  same topics for which committees I sat on, other        02:18

10  Democratic donors throughout the country,               02:18

11  et cetera.                                               02:18

12      Q.      Was Mr. Epstein on that list of             02:18

13  people who would be a potential help in raising         02:18

14  money for the DCCC?                                      02:18

15      A.      Yes.                                         02:18

16      Q.      Did you ask him to contribute to           02:18

17  that?                                                    02:18

18      A.      Yes.                                         02:18

19      Q.      Was that part of what was discussed        02:18

20  at this meeting in September?                            02:18

21      A.      I don't recall if it's that               02:18

22  specific, but it's possible, yes. 800.211.DEPO (3376)   02:18
                                       EsquireSolutions.com
23      Q.      Are there limits to the amount that        02:18

24  any individual can donate to the DCCC?                   02:18

25      A.      Yes.                                         02:18



STACEY E. PLASKETT  Confidential
GOV. OF U.S. vs JPMORGAN CHASE BANK

May 09, 2023
221

```
 1              STACEY PLASKETT - CONFIDENTIAL

 2        Q.       What are the limits?                    02:18

 3        A.       At that time, I believed an             02:18

 4   individual could give over 30,000.  I can't           02:18

 5   remember the exact amount, but it was in the          02:18

 6   range of 30,000.                                      02:18

 7        Q.       How much did you ask Mr. Epstein to     02:18

 8   give?                                                 02:18

 9        A.       To the maximum, whatever that           02:18

10   maximum was.                                          02:18

11        Q.       Okay.  How do you get somebody to       02:19

12   give that much money?                                 02:19

13        A.       You ask them.                           02:19

14        Q.       Okay.  Did Mr. Epstein ever ask for     02:19

15   anything from you?                                    02:19

16        A.       No.                                     02:19

17             MR. NEIMAN:  Let me know mark now as        02:19

18        Plaskett Exhibit 40, a one-page text             02:19

19        exchange.                                        02:19

20             [Exhibit 40, September 2018 text            02:20

21        exchange, was marked for identification.]        02:20

22   BY MR. NEIMAN:                                        02:20

23        Q.       All right.  Ms. Plaskett, I've          02:20

24   handed you Exhibit 40, which is a text exchange       02:20

25   between you and Jerome, your chief of staff, in       02:20
```

800.211.DEPO (3376)
EsquireSolutions.com



```
 1              STACEY PLASKETT - CONFIDENTIAL
```

02:20

 2      September of 2018.  Do you see that?

02:20

 3           A.    Yes.

02:20

 4           Q.    And what is it that Mr. Murray is

02:20

 5      sending you?  What is that a picture of?  Can you

02:20

 6      tell?

02:20

 7           A.    That is a picture of me.  I think

02:20

 8      that is me sending to him.

02:20

 9           Q.    Oh, I'm sorry.  What are you sending

02:21

10      him?

02:21

11           A.    A call list.

02:21

12           Q.    What is a call list?

02:21

13           A.    A list of individuals to call to ask

02:21

14      for money, either for myself or the Democratic

02:21

15      Party.

02:21

16           Q.    Got it.  And you're sending that to

02:21

17      him for what reason?

02:21

18           A.    So he can be apprised of who I have

02:21

19      called and who I have not called and to harass me

02:21

20      about calling the ones that have not been called.

02:21

21           Q.    Got it.  And then you're telling him

02:21

22      in the next text down, at 11:11 p.m., you're

02:21

23      going to have a meeting with Mr. Epstein when you

02:21

24      arrive in New York?

02:21

25           A.    Yes.

02:21



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2         Q.     That's the meeting that we've been      02:21
 3   talking about?                                       02:21
 4         A.     Yes.                                    02:21
 5         Q.     Okay.   Does the name Thorbjon          02:21
 6   Jagland mean anything to you?                        02:22
 7         A.     No, I don't recall a name like that.    02:22
 8              COURT REPORTER:   Can you spell that
 9         on the record?
10              MR. NEIMAN:                               02:22
11         T-h-o-r-b-j-o-n, J-a-g-l-a-n-d.                02:22
12              THE WITNESS:   If I could see it?         02:22
13   BY MR. NEIMAN:
14         Q.     Yes, sure.   I'll show it to you.       02:22
15   This is...                                           02:22
16              COURT REPORTER:   Can you state what
17         exhibit it will be?
18              MR. NEIMAN:   72.                         02:22
19              MR. ACKERMAN:   41.                       02:22
20              MR. ECKARD:   41.
21              MR. NEIMAN:   Oh, sorry.   Yes.   It's
22         my Binder 72, your Exhibit 41.
23              [Exhibit 41, Groff, Epstein email        02:22
24         exchange, was marked for identification.]     02:22
25   BY MR. NEIMAN:                                       02:22
```

Overlapping duplicate text:
STACEY E. PLASKETT  Confidential                            May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK



| | |
|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL | |
| 2 | Q.    All right.  And you can see, | 02:22 |
| 3 | Ms. Plaskett, that Exhibit 41 us an email from | 02:23 |
| 4 | Ms. Groff to Mr. Epstein giving his schedule for | 02:23 |
| 5 | the day.  Do you see that? | 02:23 |
| 6 | A.    Yes. | |
| 7 | Q.    And the person immediately before | |
| 8 | you on this schedule is this name, Thorbjon | |
| 9 | Jagland.  So I was just asking if that refreshed | 02:23 |
| 10 | your recollection at all about who it was that | 02:23 |
| 11 | you were introduced to when you met with | 02:23 |
| 12 | Mr. Epstein? | 02:23 |
| 13 | A.    It possibly could be.  As I stated, | 02:23 |
| 14 | they were in the dining room when I arrived. | 02:23 |
| 15 | Q.    I could show you a quick picture. | 02:23 |
| 16 | MR. ACKERMAN:  If I can mark it on | 02:23 |
| 17 | the record. | 02:23 |
| 18 | MR. NEIMAN:  It's not that | 02:23 |
| 19 | important. | 02:23 |
| 20 | Okay.  Let's take a look now at the next | 02:23 |
| 21 | exhibit which will be Plaskett Exhibit 42. | 02:24 |
| 22 | [Exhibit 42, Plaskett email | 02:24 |
| 23 | exchange, was marked for identification.] | 02:24 |
| 24 | BY MR. NEIMAN: | 02:24 |
| 25 | Q.    All right.  So Exhibit 42 is an | 02:24 |



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2    email exchange between Mr. Murray and you,        02:24
 3    correct?                                          02:24
 4         A.     Yes.                                  02:24
```

STACEY E. PLASKETT  Confidential                   May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

```
 5         Q.     And this is a follow-up to the        02:24
 6    meeting with Jeffrey Epstein that we've just been 02:24
 7    talking about; fair?                              02:24
 8         A.     Yes.                                  02:24
 9         Q.     This is an email that Mr. Murray is   02:25
10    drafting for the purposes of sharing with Erika  02:25
11    so that she can pass it on to Mr. Epstein?        02:25
12         A.     I don't know who the email was to.    02:25
13         Q.     Well, you'll see that Ms. Plaskett    02:25
14    writes -- that you write -- excuse me.            02:25
15    Withdrawn.                                        02:25
16              Yeah.  You'll see that you, in the      02:25
17    top email on the page, say:  "This looks fine.    02:25
18    Please send the email to Erika."  Do you see      02:25
19    that?                                             02:25
20         A.     Yes.                                  02:25
21         Q.     So you're instructing Mr. Murray to   02:25
22    send this email that he's drafted                 02:25
23    correct?                                          02:25
24         A.     Yes.                                  02:25
25         Q.     And for her to pass this on to        02:25
```



STACEY E. PLASKETT  Confidential
GOV. OF U.S. vs JPMORGAN CHASE BANK

May 09, 2023
226

STACEY PLASKETT - CONFIDENTIAL

1
2  Jeffrey Epstein, right?

3      A.     Yes.  I believe I'm instructing

4  Jerome to send it to Erika and to let her know

5  about the conversation I had with him about it.

6      Q.     With the idea that she would then

7  reach out to Mr. Epstein to arrange the

8  contribution?

9      A.     Yes.

10     Q.     And do you recall that the DCCC

11  rejected Mr. Epstein's contribution?

12     A.     Yes.

13     Q.     Tell me what you remember about

14  that.

15     A.     To the best of my recollection, I

16  recall that I was informed by my chief of staff

17  that the DCCC informed him that Mr. Epstein's

18  contribution would not be accepted by the DCCC.

19     Q.     What did you do when you heard that?

20     A.     I'm not sure who -- if I can recall

21  who I reached out to at that point to inform.

22     Q.     Okay.  Did you do anything to try to

23  find out why the Democratic Congressional

24  Campaign Committee had rejected Mr. Epstein's

25  donation?

02:25
02:25
02:25
02:25
02:25
02:25
02:25
02:25
02:25
02:25
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26
02:26

STACEY PLASKETT - CONFIDENTIAL

1

2     A.     I don't recall if it was already          02:26

3     expressed to me in his letting me know that it

4     was denied or if I got additional information.   I   02:26

STACEY E. PLASKETT  Confidential                    May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

5     don't recall.                                    02:27

6          Q.     Do you recall what you learned was   02:27

7     the reason why the DCCC would not accept         02:27

8     Mr. Epstein's contribution?                      02:27

9          A.     Yes.                                 02:27

10         Q.     What was that?                        02:27

11         A.     That he had not passed their          02:27

12    vetting.                                          02:27

13         Q.     What did you understand that to be a  02:27

14    reference to?                                     02:27

15         A.     I did not know the specifics of what  02:27

16    that vetting was.                                 02:27

17         Q.     Did you assume that it related to     02:27

18    his status as a sex offender?                     02:27

19              MR. ECKARD:   Object to form.           02:27

20              THE WITNESS:   I was not sure of the    02:27

21         totality of the circumstances.              02:27

22    BY MR. NEIMAN:                                    02:27

23         Q.     Did learning that the DCCC had        02:27

24    declined to accept Mr. Epstein's contribution    02:27

25    because he had not passed their vetting cause you 02:27



STACEY E. PLASKETT  Confidential                       May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

```
 1              STACEY E. PLASKETT CONFIDENTIAL

 2         record at 4:21.                                    04:22

 3    BY MR. NEIMAN:                                          04:22

 4         Q.    All right.  Congresswoman, this              04:22

 5    won't take too much longer.                             04:22

 6              MR. NEIMAN:  I'm going to hand you a           04:22

 7         document that's marked as Plaskett                 04:22

 8         Exhibit 54.                                        04:22

 9              [Exhibit 54, 2014 to 2020 donor               04:22

10         list, was marked for identification.]              04:22

11              MR. ECKARD:  Counsel, this one                04:22

12         doesn't have a Bates number.  Was it               04:22

13         produced?                                          04:22

14              MR. NEIMAN:  Yes.  This was produced          04:22

15         as a native.                                       04:22

16    BY MR. NEIMAN:                                          04:22

17         Q.    So, Congresswoman, you were asked            04:22

18    some questions about the number of donors that          04:22

19    you have and the like by Mr. Ackerman, and I just       04:22

20    want to show you your actual list that you              04:22

21    produced of your donors, at least from the 2014         04:22

22    cycle through the 2020 cycle.  Okay?                     04:22

23              Do you see that?                              04:23

24         A.    Yes.                                         04:23

25         Q.    And what we've done is we've                 04:23
```



STACEY E. PLASKETT  Confidential                              May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK CONFIDENTIAL

1    STACEY E. PLASKETT CONFIDENTIAL

2    highlighted the particular individuals on this          04:23

3    list who are either Epstein or Epstein-affiliated       04:23

4    persons who made contributions to your campaign         04:23

5    in those cycles.  Okay?                                 04:23

6         A.     I'm looking through it.                     04:23

7         Q.     Yes.  Let me know when you're ready.        04:23

8         A.     Okay.  Yes.                                 04:23

9         Q.     And you can see on page 3 that              04:23

10   Mr. Epstein appears as a donor, and that his            04:23

11   lifetime total to your campaigns for the 2014           04:23

12   through 2020 campaign cycles was $8,100                 04:23

13   personally, correct?                                    04:24

14        A.     I see that number, yes.                     04:24

15        Q.     And then if you look at the next            04:24

16   page, you can that Lesley Groff, who you                04:24

17   corresponded with in connection with Mr. Epstein,       04:24

18   also donated to your campaign?                          04:24

19        A.     Yes.                                        04:24

20        Q.     And she donated 2,600.  Do you see          04:24

21   that?                                                   04:24

22        A.     Yes, I see that.                            04:24

23        Q.     And then if you look at the next            04:24

24   page after that, you can see that Darren Indyke,        04:24

25   who we saw was the person who presented on behalf       04:24



STACEY E. PLASKETT  Confidential                    May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK

1    STACEY E. PLASKETT CONFIDENTIAL

2    of FTC, seeking a tax -- extension of tax breaks          04:24

3    from the development authority while you were             04:24

4    there, gave $10,700 to your campaign.                     04:24

5              Do you see that?                                04:24

6         A.    Yes.                                           04:24

7         Q.    And that Mr. Kahn, who is also                 04:24

8    associated with Mr. Epstein, gave $10,700 to your         04:24

9    campaign as well.                                         04:24

10             Do you see that?                                04:24

11        A.    Okay.  I see.                                  04:24

12        Q.    And that Bella Klein, who is                   04:25

13   described in this document as Darren Indyke's             04:25

14   administrative assistant, also donated $2,600 to          04:25

15   your campaign?                                            04:25

16        A.    I see that.                                    04:25

17        Q.    So across those five people, there's           04:25

18   total donations in excess of $30,000, correct?            04:25

19        A.    I'm adding that up.  That sounds               04:25

20   correct.                                                  04:25

21        Q.    Did you have any other contributor            04:25

22   who donated either directly themselves, or by             04:25

23   themselves, and with a group of people associated         04:25

24   with them, more than $30,000?                             04:25

25             MR. ACKERMAN:  Objection to form.               04:25



```
 1          STACEY PLASKETT - CONFIDENTIAL

 2          CERTIFICATE OF REPORTER/NOTARY PUBLIC

 3

 4          I, Goldy Gold, a Notary Public within and for

 5    the State of New York and for the District of

 6    Columbia, do hereby certify that the within-named

 7    witness personally appeared before me at the time and

 8    place herein set out, and after having been duly

 9    sworn by me, according to the law, was examined by

10    counsel.

11          I further certify that the examination was

12    recorded stenographically by me and this transcript

13    is a true record of the proceedings.

14          I further certify that I am not of counsel to

15    any of the parties, nor in any way interested in the

16    outcome of this action.

17          As witness my hand and notarial seal this

18    10th day of April, 2023.
```



```
20          _____
            GOLDY GOLD, RPR
21          Notary Public

22

23    My Commission for the State of New York Expires:
      January 27, 2026
24
      My Commission for the District of Columbia  Expires:
25    February 29, 2028
```