**Kenneth E. Mapp**
2611 Meadowedge Loop
Saint Cloud, Fl 34772
Rasmapp@aol.com

August 16, 2024

Hon. Arun Subramanian
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Jane Doe 1 v. Gov't of the U.S. Virgin Islands, et al., Case No. 1:23-cv-10301-AS (S.D.N.Y.) – Letter Advising Court of Pro Se Representation Until Further Notice

Dear Judge Subramanian:

I write to advise you that I am representing my personal interest in the above captioned matter *pro se* until further notice.

I am still in the midst of retaining legal counsel located in the US Virgin Islands that is admitted to practice law in the State of New York. I am under the belief that the Government of the US Virgin Islands is still representing my interest covered under my official capacity while serving as Governor of the Virgin Islands.

This letter is being sent to you pursuant to your order dated August 12, 2024.

Respectfully,

*/s/ Kenneth E. Mapp*
Kenneth E. Mapp