UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOVERNMENT OF THE UNITED STATESVIRGIN ISLANDS et al., <br><br> Defendants. | 23-cv-10301 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

On July 2, 2024, David I. Ackerman and Venetia Velázquez requested to withdraw as counsel for Defendants Kenneth Mapp and Vincent Frazer, citing a potential conflict. Dkt. 119. Frazer did not object to counsel's request, but Mapp filed an opposition. Dkt. 136. On July 11, 2024, the Court held a hearing on the motion. With the consent of all other parties, the Court had an *ex parte* conversation with Mapp, Frazer, Ackerman, and Velázquez to discuss the potential conflict. After the hearing, the Court ordered Mapp and Frazer to either hire new counsel or inform the Court that they were electing to proceed pro se. On August 16, 2024, Mapp wrote to the Court indicating that he would represent his "personal interest" in the case pro se. Dkt. 156. Frazer did not provide the Court an update on whether he retained new counsel but had never objected to Ackerman and Velázquez withdrawing. Therefore, the request to withdraw is GRANTED.

The Clerk of Court is directed to terminate the motion at Dkt. 119.

The Clerk of Court is also directed to terminate Dkt. 115 because Defendant Carlton Dowe indicated that the docket was filed erroneously, *see* Dkt. 116. And the Clerk of Court should further terminate Dkt. 150 because this motion was granted at Dkt. 155.

SO ORDERED.

Dated: August 21, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge