NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

September 8, 2024

**VIA ECF**

Honorable Arun Subramanian
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

    Re:    <u>*Doe v. Gov't of the U.S. Virgin Islands, et al.*, No. 1:23-cv-10301-AS</u>

Dear Judge Subramanian:

    We are the attorneys for Stacey Plaskett. We write to request clarification on a matter of scheduling and, if needed, a personal accommodation.

    As reflected in the Court's docket entry dated August 16th, 2024, there is a conference scheduled before the Court on September 27th at 1:00 p.m. I am the lead attorney for Ms. Plaskett in this matter and understand my obligations to the Court. I previously committed to attend an annual meeting of the American College of Trial Lawyers in Nashville, Tennessee that week. As the Chair of the New Jersey State Committee of the College, my attendance is needed to ensure that our chapter is represented.

    If the September 27th date is a scheduling or status conference, I request permission to participate by zoom or telephone link. My partner and co-counsel, Melissa Geller, will also appear in person in my stead, with the Court's permission.

    If, however, it is the Court's intention to hear argument on the pending motions to dismiss on September 27th then I respectfully request an adjournment of the hearing so that I may attend and participate in the oral argument in person.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                    DAVID A. SUSSMAN, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                              PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable Arun Subramanian
September 8, 2024
Page 2

    Plaintiffs' counsel have informed me that they object to any adjournment. Not all defense counsel has answered my inquiry, but those that have answered have indicated a willingness to reschedule, subject to their schedules.

    If the Court is inclined to grant our request for an adjournment of the hearing, we will poll all parties and present the Court with three or four dates that work for all counsel for an alternative date.

    I appreciate the Court's patience and consideration.

                                             Respectfully submitted,

                                             /s/ Eric R. Breslin
                                           Eric R. Breslin

cc: All Counsel of Record (Via ECF)