

| | Admitted to Practice: | Daniel Cevallos, Esquire |
|---|---|---|
| | † New York | 61 Broadway, #2220, NY, NY 10006 |
| | ⚕ Pennsylvania | O: 917.699.5008 |
| | • New Jersey | F: 215.689.4375 |
| | ☼ U.S. Virgin Islands | Danny@CevallosWong.com |
| | ◊ Dist. Ct. of Puerto Rico | www.CevallosWong.com |

September 9, 2024

Hon. Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *Does 1-6 vs. Gov. John de Jongh [Jr.], et al.*, 1:23-cv-10301-AS

Dear Judge Subramanian:

    I write on behalf of defendant Governor John de Jongh [Jr.] [hereinafter "JdJ"]. Counsel for defendant Plaskett has requested to reschedule the 9/27/2024 hearing [ECF # 164]. If the Court reschedules the 9/27/2024 hearing, JdJ's attorneys respectfully submit their ***unavailable*** upcoming dates for the next hearing:

    September: ................. 18, 25, 26
    October: ..................... 4, 14, 16, 22, 23, 28, 29, 30, 31
    November: ................. 1, 12, 13, 14, 15, 18, 19, 20, 26

    Separately, JdJ joins in all other Replies submitted by the other defendants, including those at ECF ## 158, 160, and 162, to the extent the arguments raised therein apply to JdJ.

                                                Respectfully Submitted,

                                         By: _____
                                                Daniel L. Cevallos


### AFFIRMATION OF SERVICE

The undersigned hereby affirms that on **September 9, 2024**, a copy of the foregoing was uploaded to the Court via CM-ECF, which will send a notice of electronic filing to all parties of record.

                                         By: _____
                                                  Daniel L. Cevallos