# Annette Hasapidis

| | |
|---|---|
| **From:** | Geller, Melissa S. <MSGeller@duanemorris.com> |
| **Sent:** | Friday, September 6, 2024 10:23 AM |
| **To:** | Amelia Schmidt; Jordan Merson; Danny Cevallos |
| **Cc:** | Annette Hasapidis; Ackerman, David; kkramer@mersonlaw.com; Jennifer Plotkin; Breslin, Eric R.; Matt Kaiser; Courtney Forrest; david.cattie@cattie-law.com; venetia.velazquez@doj.vi.gov; Marvin, Cynthia |
| **Subject:** | RE: Doe v. USVI et al. - Request for Reply Page Enlargement |

Counsel,

We have a hearing before Judge Submaranian on September 27 at 1:00 p.m. Eric Breslin will be out of the state attending the American College of Trial lawyers meeting that week. We would like to ask consent to move the hearing to the following week. We would greatly appreciate the accommodation. Please let us know if there is an objection to asking for a date in the first week of October.

Regards,

**Melissa S. Geller**
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

200 Campus Drive, Ste 300
Florham Park, NJ 07932-1007

P: +1 212 692 1077
F: +1 973 556 1562

MSGeller@duanemorris.com
www.duanemorris.com

**From:** Amelia Schmidt <ASchmidt@kaiserlaw.com>
**Sent:** Friday, August 16, 2024 8:43 AM
**To:** Jordan Merson <jmerson@mersonlaw.com>; Danny Cevallos <danny@cevalloswong.com>
**Cc:** Annette Hasapidis <agh@hasapidislaw.com>; Geller, Melissa S. <MSGeller@duanemorris.com>; Ackerman, David <dackerman@motleyrice.com>; kkramer@mersonlaw.com; Jennifer Plotkin <jplotkin@mersonlaw.com>; Breslin, Eric R. <ERBreslin@duanemorris.com>; Matt Kaiser <mkaiser@kaiserlaw.com>; Courtney Forrest <cforrest@kaiserlaw.com>; david.cattie@cattie-law.com; venetia.velazquez@doj.vi.gov; Marvin, Cynthia <cmarvin@motleyrice.com>
**Subject:** RE: Doe v. USVI et al. - Request for Reply Page Enlargement

Good morning,

1

On behalf of Cecile de Jongh, I intend to make the same requests as Mr. de Jongh and Ms. Plaskett for (1) an extension of the deadline to August 26 and (2) an expansion of the 5-page limit to 10 pages. Am I correct in assuming that Plaintiffs also consent to the first request but not to the second?

Thanks,

Amelia

**From:** Jordan Merson <jmerson@mersonlaw.com>
**Sent:** Friday, August 16, 2024 7:54 AM
**To:** Danny Cevallos <danny@cevalloswong.com>
**Cc:** Annette Hasapidis <agh@hasapidislaw.com>; Geller, Melissa S. <MSGeller@duanemorris.com>; Ackerman, David <dackerman@motleyrice.com>; kkramer@mersonlaw.com; Jennifer Plotkin <jplotkin@mersonlaw.com>; Breslin, Eric R. <ERBreslin@duanemorris.com>; Matt Kaiser <mkaiser@kaiserlaw.com>; Amelia Schmidt <ASchmidt@kaiserlaw.com>; Courtney Forrest <cforrest@kaiserlaw.com>; david.cattie@cattie-law.com; venetia.velazquez@doj.vi.gov; Marvin, Cynthia <cmarvin@motleyrice.com>
**Subject:** Re: Doe v. USVI et al. - Request for Reply Page Enlargement

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Our position to your request is the same as the others for the reasons set forth in our emails and letter. LMK if you have any questions. Thanks


Very truly yours,

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
18th Floor
New York, New York 10022
(212) 603-9100 Main
(212) 390-1712
(347) 441-4171 Facsimile
jmerson@mersonlaw.com
mersonlaw.com



On Fri, Aug 16, 2024 at 3:49 AM Danny Cevallos <danny@cevalloswong.com> wrote:

Good Morning: On behalf of deft Gov. John De Jongh, we make the same request as defendant Plaskett: (1) an extension of time to file our reply on the motions to dismiss from 8/21/2024 to 8/26/2024, and (2) an enlargement of the reply page limit from five pages to ten pages. May I say in our request that the plaintiffs consent to the time extension, but do *not* consent to the page extension? Thank you.

-*Daniel Cevallos, Esq.*

2


Menu
Home / Events / 2024 Nashville



Meeting Navigation



Click Here to Register Now

Text ACTLNASHVILLE to (833) 442-5904 for meeting updates and reminders

Click **here** to download the program.
For the most current list of attendees, click **here**.



Menu

Home / Events / 2024 Nashville



Meeting Navigation



Click Here to Register Now

Text ACTLNASHVILLE to (833) 442-5904 for meeting updates and reminders

Click **here** to download the program.
For the most current list of attendees, click **here**.



