| | | |
|---|---|---|
| NEW YORK |  | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 11, 2024

**VIA ECF**

Honorable Arun Subramanian
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

  Re: *Doe v. Gov't of the U.S. Virgin Islands, et al.*, No. 1:23-cv-10301-AS

Dear Judge Subramanian,

 Per the Court's order of September 9, 2024, we have communicated with all parties, including pro se parties Kenneth Mapp and Vincent Frazer. All parties have consented to move the currently scheduled conference from September 27, 2024 to September 30, 2024 at 4:00 p.m.

 We thank the Court and all parties for their consideration.

              Respectfully submitted,

               /s/ Eric R. Breslin
              Eric R. Breslin

cc: All Counsel of Record (Via ECF)

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800   PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429