**Kenneth E. Mapp**
2611 Meadowedge Loop
Saint Cloud, Fl 34772
Rasmapp@aol.com

September 27, 2024

Hon. Arun Subramanian
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Jane Doe 1 v. Gov't of the U.S. Virgin Islands, et al., Case No. 1:23-cv-10301-AS (S.D.N.Y.) – Letter Advising Court of Joiner to Document # 170, Dated September 26, 2024

Dear Judge Subramanian:

I write to advise you that I am representing my personal interest in the above captioned matter *pro se*.

Please be further advised that I wish to join in the Joint letter to the Court addressed to your Honor, dated September 26, 2024, and referenced in the docket as Document # 170.

Respectfully,

*/s/ Kenneth E. Mapp*
Kenneth E. Mapp