UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 et al.,<br><br>       Plaintiffs,<br><br>    -against-<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS et al.,<br><br>       Defendants. | 23-cv-10301 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the conference held on September 30, 2024:

- The parties should meet and confer and propose a joint case management plan with the close of all discovery set to June 2, 2025. The parties should submit this proposed schedule by **Friday, October 4, 2024**.
- Also by **Friday, October 4, 2024**, any party who wishes to submit supplemental briefing on a topic discussed at the conference may file a letter no more than 5 pages long. The parties are reminded that letters highlighting particular cases or arguments are especially helpful to the Court.

SO ORDERED.

Dated: October 1, 2024
   New York, New York

                   _____
                   ARUN SUBRAMANIAN
                   United States District Judge