**VINCENT F. FRAZER**
**P.O. Box 304982**
**St. Thomas, U.S. Virgin Islands**
**(340) 513-9404**


October 4, 2024


Honorable Arun Subramanian
U.S. District Judge
500 Pearl Street, Courtroom 15A
New York, NY  10007

**Re: Jane Doe v. Gov't of the U.S. Virgin Islands et al.,**
**No. 1:23-cv-10301-AS**


Dear Judge Subramanian:

I have reviewed the Transcript of the pre-trial hearing held on Monday September 30, 2024.  Based on the tenor of the discussion on the topic of jurisdiction, it I would like the Court to consider the following:

A.  I have never received any payment or requested any payment from Jeffery Epstein for any reason whatsoever.  The Plaintiffs in the Second Amended Complaint, does not allege any specific facts to support a mere conclusory allegation that I, in a personal capacity, requested or received any benefit from any agreement.   Therefore there is no payment to me connected to any New York bank account .

B.  I never had any knowledge of any overt acts of Jeffery Epstein that constituted criminal activity.

C.  All allegations of the Plaintiffs in the SAC allege conduct that could only be done by the Defendant while in an official capacity, therefore the allegations made against me in a personal capacity should be dismissed.

Defendant reserves the right to supplement the assertions in the Motion to Dismiss.


Sincerely,

Vincent F. Frazer