# ENCLOSURE 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated, JANE DOE 2, individually and on behalf of all others similarly situated, JANE DOE 3, individually and on behalf of all others similarly situated, JANE DOE 4, individually and on behalf of all others similarly situated, JANE DOE 5, individually and on behalf of all others similarly situated and JANE DOE 6, individually and on behalf of all others similarly situated, <br>       *Plaintiffs*, <br><br>      v. <br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100, <br><br>       *Defendant*. | 1:23-cv-10301-AS <br><br> NOTICE OF DEPOSITIONS |

TO:

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs by their attorneys Merson Law, LLP will take the depositions on oral examination of the defendants before a notary public or other person authorized by law on the dates and times set forth below at the offices of Merson Law, PLLC, 950 Third Avenue, New York, New York 10022.

| **Name** | **Date** | **Time** |
|---|---|---|
| Cecile De Jongh | January 13, 2025 | 10:00 a.m. |
| Kenneth Mapp | January 14, 2025 | 10:00 a.m. |
| Celestino White | January 15, 2025 | 10:00 a.m. |
| Vincent Frazer | January 16, 2025 | 10:00 a.m. |
| John De Jongh | January 17, 2025 | 10:00 a.m. |
| Carlton Dowe | January 21, 2025 | 10:00 a.m. |
| Stacey Plaskett | January 22, 2025 | 10:00 a.m. |

Dated: November 15, 2024
New York, New York

          MERSON LAW, PLLC

By: _____
     Jennifer Plotkin, Esq
     *Attorney for Plaintiffs*
     950 Third Avenue, 18th Floor
     New York, New York 10022
     (212)-603-9100

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, a true and correct copy of the above and foregoing **NOTICE OF DEPOSITIONS** has been served by email upon the attorneys for all parties in the above-captioned action and via certified mail to the Pro Se defendants.

                                                /s/Jennifer C. Plotkin
                                                  Jennifer C. Plotkin