

**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

December 12, 2024

**VIA CM/ECF Filing**

Honorable Arun Subramanian, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jane Doe et al v. Government of the U.S. Virgin Islands et al., 23-cv-10301

Dear Hon. Subramanian:

My firm represents plaintiffs in this matter and I write in response to Cecile de Jongh's letter objecting to the scheduling of depositions. Plaintiffs are not seeking to take depositions before the motions to dismiss have been decided -- we are just trying to schedule them for February to avoid any difficulties in setting depositions with numerous parties and counsel in this case. If the motions to dismiss are not adjudicated by the February deposition dates, plaintiffs would agree to adjourn them (as we agreed to adjourn the January dates), but otherwise, all we are trying to do is make sure that we complied with this Court's discovery deadline of June 2, 2025 and expert disclosure deadline of February 28, 2025.

Thank you for Your Honor's attention to this matter.

Respectfully,

Jordan Merson