UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Does 1–6,<br><br>        Plaintiffs,<br><br>  -against-<br><br>Government of the United States Virgin Islands et al.,<br><br>        Defendants. | 23-CV-10301 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendants' motions to dismiss are currently pending before the Court. Certain defendants have raised the issue of a transfer of this case pursuant to 28 U.S.C. § 1404 or § 1406. The Court orders each side to submit a letter of no longer than five pages **solely** addressing the following questions. The questions should be answered on the assumption (which the Court understands plaintiffs dispute) that the claims against some or all defendants are subject to dismissal on personal-jurisdiction grounds.

1. Is transfer preferable to dismissal if the claims against most defendants would be dismissed on personal-jurisdiction grounds?

    a. Would any of plaintiffs' claims be time-barred if the claims were dismissed on personal-jurisdiction grounds and plaintiffs sought to refile in another district, and if so, would transfer alleviate those concerns?

2. Are venue and personal jurisdiction appropriate in the United States Virgin Islands?

3. Assuming that a transfer to the District Court for the United States Virgin Islands is warranted, should that transfer be under 28 U.S.C. § 1404 or § 1406?

These letters should be filed by 5:00 pm on **January 31, 2025**.

SO ORDERED.

Dated: January 24, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge