**Kenneth E. Mapp**
2611 Meadowedge Loop
Saint Cloud, Fl 34772
Rasmapp@aol.com

January 31, 2025

Hon. Arun Subramanian
Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Jane Doe 1 v. Gov't of the U.S. Virgin Islands, et al., Case No. 1:23-cv-10301-AS (S.D.N.Y.) – Letter
    Advising Court of Joiner to Document # 170, Dated September 26, 2024

Dear Judge Subramanian:

I write to advise you that I am representing my personal interest in the above captioned matter pro se.

Pursuant to the Court's 1/24/2025 Order [ECF # 191] directing defendants to submit a letter solely addressing a series of questions authored by the Court, assuming that the claims against some or all defendants are subject to dismissal on personal jurisdiction grounds.

I, Defendant Kenneth E. Mapp has previously moved via joinder in other Defendant's motions for dismissal of this action. For these reasons, I am advising the Court that my responses to the Court's questions of January 24, 2025 are submitted by joining all arguments for dismissal of the above captioned action submitted by other defendants to the Court's questions to the extent that they are applicable to me.

Respectfully,

*[signature]*
Kenneth E. Mapp