

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

401 9th St. NW, Suite 630
Washington, DC 20004
**o.** 202.232.5504   **f.** 202.232.5513

**David I. Ackerman**
*Licensed in DC, NJ, NY*
direct: 202-849-4962
dackerman@motleyrice.com

February 3, 2025

**BY ECF**

Hon. Arun Subramanian, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Jane Doe 1 v. Gov't of the U.S. Virgin Islands, et al.*, Case No. 1:23-cv-10301-AS (S.D.N.Y.) – Clarification of Plaintiffs' Misstatement

Dear Judge Subramanian:

    Plaintiffs' amended response to the Court's January 24, 2025 Order asserts: "All of the prior Epstein litigation has taken place in this district for a reason, including the USVI's pursuit of numerous claims . . ." (Dkt. 197 at 3). Contrary to Plaintiffs' representation, the Government filed a civil enforcement action against Epstein's estate in the Superior Court for the U.S. Virgin Islands, where Epstein's estate was in probate. Only the Government's case against forum-defendant JPMorgan was litigated in New York. Counsel for Plaintiffs declined to correct his submission.

    While Plaintiffs' assertion has nothing to do with the question posed by the Court regarding transfer, the Government believed it appropriate to correct the record.

                      Respectfully submitted,

                      David I. Ackerman

cc:    Counsel of record (via ECF)

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ