


**Merson Law, PLLC**
950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**
Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

February 3, 2025

**VIA PACER E-FILING**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Jane Doe #1, et al. v. Government of the U.S. Virgin Islands, et al.*, **1:23-cv-10301-AS**

Dear Judge Subramanian:

     My firm represents plaintiffs, and I write in response to the USVI's unauthorized additional submission that was just sent to the Court. As we explained to USVI's counsel, all related lawsuits that we are aware of to actually recover for victims for Epstein's sexual abuse (like this one) have taken place in this District (or comparable State Court) and none have taken place in the USVI. The USVI did bring a civil enforcement action and collected money related to the sale of Epstein's island.

Respectfully Submitted,

/s/ Jordan Merson
Jordan K. Merson

1