# Exhibit A

**From:** Lesley Groff ▮
**Subject: Schedule tonight/tomorrow (May 1/2, 2017**
**Date:** May 1, 2017 at 4:49:49 PM EDT
**To:** Jefffrey Epstein ▮
**Cc:** ▮

Redacted: "Doe 3"

TONIGHT:

5:30pm Dinner w/T▮ (646 732-1121) need confirmation of time!

-

<u>Tues. May 2, 2017 NY</u>

-

11:00am **PHONE DATE** w/J▮ N▮ (203 629-3124) YOU are to call him

12:00pm **PHONE DATE** w/Congresswoman Stacey Plaskett (202 288-7969)

12:54pm V▮ and M▮ to arrive JFK via Delta#▮ (Rec. Loc#XTMULH)

-

# Exhibit B

**From:** Lesley Groff ▮▮▮▮▮▮▮▮▮▮
**Subject: Thursday July 19, 2018**
**Date:** July 18, 2018 at 3:29:27 PM EDT
**To:** "Redacted: Doe 3"

<u>**Thurs. July 19, 2018 NY**</u>

Reminder: Lesley on holiday July 19-29 and Aug. 2-5

Reminder: Rich on holiday July 19&20, back in the office Mon. July 23

Reminder: 3-5:00pm Reception in honor of Congresswoman Stacey Plaskett in NY

Reminder: 12:05pm K▮▮▮ D▮▮▮▮▮ to arrive JFK via Aeroflot#▮▮▮▮ (Rec. Loc#UTCTQK)

**10:30am Conf. Call** w/D▮▮▮▮ and L▮▮▮▮ E▮▮▮▮ re Jawbone. D▮▮▮ will call you with L▮▮▮

**12:30pm LUNCH** w/L▮▮▮ B▮▮ (212 515 3205)