**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually and on behalf of all others similarly situated, JANE DOE 3, individually and on behalf of all others similarly situated, JANE DOE 4, individually and on behalf of all others similarly situated, JANE DOE 5, individually and on behalf of all others similarly situated, and JANE DOE 6, individually and on behalf of all others similarly situated,

                Plaintiffs,

   v.

GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,

                Defendants.
-------------------------------------------------------------------X

**Civil Action No:**
1:23-cv-10301-AS

NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated April 17, 2025, plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 6 by and through undersigned counsel, respectfully seeks an Order from this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for certification and entry of a separate and final judgment on this Court's March 21, 2025 Opinion and Order in this action pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: April 17, 2025
      New York, New York

                                         Respectfully submitted,

                                             **MERSON LAW PLLC**

By:    /s/ Jordan Merson
       Jordan Merson, Esq.
       950 Third Avenue, 18th Floor
       New York, NY 10022
       Telephone: (212) 603-9100
       Fax: (347)- 441-4171
       JMerson@MersonLaw.Com
       *Counsel for Plaintiff*