UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually and on behalf of all others similarly situated, JANE DOE 3, individually and on behalf of all others similarly situated, JANE DOE 4, individually and on behalf of all others similarly situated, JANE DOE 5, individually and on behalf of all others similarly situated, and JANE DOE 6, individually and on behalf of all others similarly situated,

       Plaintiffs,

  v.

GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DE JONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,

       Defendants.
-------------------------------------------------------------------X

**Civil Action No:**
1:23-cv-10301-AS

**DECLARATION**

## **DECLARATION OF JORDAN MERSON IN SUPPORT**

I, Jordan Merson, Esq., hereby declare as follows:

  1.  I am a member of the law firm Merson Law, PLLC and counsel for Plaintiffs in this action.

  2.  I make this Declaration in support of Plaintiffs' motion for an Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure for certification and entry of a final and separate judgment on this Court's March 21, 2025 Order and Opinion.

  3.  In support thereof, I annex as "Exhibit 1" a true and correct copy of this Court's March 21, 2025 Order and Opinion:

1

Dated: April 17, 2025
New York, New York

        Respectfully submitted,

        **MERSON LAW PLLC**

By:   /s/ Jordan Merson
      Jordan Merson, Esq.
      950 Third Avenue, 18th Floor
      New York, NY 10022
      Telephone: (212) 603-9100
      Fax: (347)- 441-4171
      JMerson@MersonLaw.Com
      *Counsel for Plaintiff*