| | | |
|---|---|---|
| NEW YORK |  | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

August 21, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*Doe v. Plaskett*, No. 1:23-cv-10301-AS</u>

Dear Judge Subramanian:

      We write in accordance with the Court's order of July 30, 2025, directing the parties to meet and confer and provide the Court with three proposed weeks for trial in 2025. (ECF 218). We have discussed with opposing counsel and the parties believe that this case may be resolved shortly. With the Court's permission, the parties will submit dates for trial by next week, August 28, 2025, if the parties are unable to reach a resolution.

                                        Respectfully submitted,

                                        /s/ *Eric R. Breslin*
                                        Eric R. Breslin

cc:  All counsel of record (via ECF)

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER
200 CAMPUS DRIVE, SUITE 30   PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ  07932-1007