UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, JANE DOE 6, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DEJONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-cv-10301-AS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is dismissed with prejudice against Defendant Stacey Plaskett pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 28, 2025

| **MERSON LAW, PLLC** | **DUANE MORRIS, LLP** |
|---|---|
| /s/ *Jordan K. Merson* | /s/ *Eric R. Breslin* |
| Jordan K. Merson | Eric R. Breslin. |
| Annette Hasapidis | Melissa S. Geller |
| Kimberly A. Kramer | 22 Vanderbilt |

| | |
|---|---|
| Jennifer Plotkin, Esq.<br>950 Third Avenue, 18th Floor<br>New York, NY 10022<br>Phone: (212) 603-9100<br>jmerson@mersonlaw.com;<br>agh@hasapidislaw.com;<br>kkramer@mersonlaw.com<br><br>*Attorneys for Plaintiffs* | 335 Madison Ave., 23rd Fl.<br>New York, NY 10017<br>(212) 212-692-1000<br>erbreslin@duanemorris.com<br>msgeller@duanemorris.com<br>*Attorneys for Defendant Stacey Plaskett* |