UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated, JANE DOE 2, individually, and on behalf of all others similarly situated, JANE DOE 3, individually, and on behalf of all others similarly situated, JANE DOE 4, individually, and on behalf of all others similarly situated, JANE DOE 5, individually, and on behalf of all others similarly situated, JANE DOE 6, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, FIRST LADY CECILE DE JONGH, GOVERNOR KENNETH MAPP, SENATOR CELESTINO WHITE, ATTORNEY GENERAL VINCENT FRAZER, GOVERNOR JOHN DEJONGH, SENATOR CARLTON DOWE, DELEGATE STACEY PLASKETT, and JOHN DOES 1-100,<br><br>     Defendants. | CIVIL ACTION NO. 1:23-cv-10301-AS |

## STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is dismissed with prejudice against Defendant Stacey Plaskett pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 1, 2025

| | |
|---|---|
| **MERSON LAW, PLLC**<br><br>_/s/ Jordan Merson_<br>Jordan K. Merson<br>Annette Hasapidis<br>Kimberly A. Kramer | **DUANE MORRIS, LLP**<br><br>_/s/_<br>Eric R. Breslin.<br>Melissa S. Geller<br>22 Vanderbilt |

<div style="display: flex;">

Jennifer Plotkin, Esq.
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, NY 10022
Phone: (212) 603-9100
jmerson@mersonlaw.com;
agh@hasapidislaw.com;
kkramer@mersonlaw.com

*Attorneys for Plaintiffs*

335 Madison Ave., 23rd Fl.
New York, NY 10017
(212) 212-692-1000
erbreslin@duanemorris.com
msgeller@duanemorris.com
*Attorneys for Defendant Stacey Plaskett*

</div>