UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JANE DOE 1, individually, and on behalf of all    :
others similarly situated, JANE DOE 2, individually, :
and on behalf of all others similarly situated, JANE  :
DOE 3, individually, and on behalf of all others    :
similarly situated, JANE DOE 4, individually, and  :
on behalf of all others similarly situated, JANE DOE :
5, individually, and on behalf of all others similarly :
situated, JANE DOE 6, individually, and on behalf  :
of all others similarly situated,    :

         :

        Plaintiffs,    :

         : CIVIL ACTION NO.

        v.    : 1:23-cv-10301-AS

         :

GOVERNMENT OF THE UNITED STATES    :
VIRGIN ISLANDS, FIRST LADY CECILE DE  :
JONGH, GOVERNOR KENNETH MAPP,    :
SENATOR CELESTINO WHITE, ATTORNEY  :
GENERAL VINCENT FRAZER, GOVERNOR  :
JOHN DEJONGH, SENATOR CARLTON DOWE, :
DELEGATE STACEY PLASKETT, and JOHN  :
DOES 1-100,    :

         :

        Defendants.    :

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is dismissed with prejudice against Defendant

Stacey Plaskett pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 1, 2025

**MERSON LAW, PLLC**        **DUANE MORRIS, LLP**

_____        _____

Jordan K. Merson        Eric R. Breslin.

Annette Hasapidis        Melissa S. Geller

Kimberly A. Kramer        22 Vanderbilt

Jennifer Plotkin, Esq.
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, NY 10022
Phone: (212) 603-9100
jmerson@mersonlaw.com;
agh@hasapidislaw.com;
kkramer@mersonlaw.com

*Attorneys for Plaintiffs*

335 Madison Ave., 23rd Fl.
New York, NY 10017
(212) 212-692-1000
erbreslin@duanemorris.com
msgeller@duanemorris.com
*Attorneys for Defendant Stacey Plaskett*