SO ORDERED.

Because the claims against all other defendants were dismissed, Dkt. 202, the Clerk of Court is respectfully directed to close this case.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 23, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————

JANE DOE 1, individually, and on behalf of all           :
others similarly situated, JANE DOE 2, individually,     :
and on behalf of all others similarly situated, JANE     :
DOE 3, individually, and on behalf of all others         :
similarly situated, JANE DOE 4, individually, and        :
on behalf of all others similarly situated, JANE DOE     :
5, individually, and on behalf of all others similarly   :
situated, JANE DOE 6, individually, and on behalf        :
of all others similarly situated,                        :
                                                         :
                         Plaintiffs,                     :
                                                         :       CIVIL ACTION NO.
                 v.                                      :       1:23-cv-10301-AS
                                                         :
GOVERNMENT OF THE UNITED STATES                          :
VIRGIN ISLANDS, FIRST LADY CECILE DE                     :
JONGH, GOVERNOR KENNETH MAPP,                            :
SENATOR CELESTINO WHITE, ATTORNEY                        :
GENERAL VINCENT FRAZER, GOVERNOR                         :
JOHN DEJONGH, SENATOR CARLTON DOWE,                      :
DELEGATE STACEY PLASKETT, and JOHN                       :
DOES 1-100,                                              :
                                                         :
                         Defendants.                     :
—————————————————————                                    :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is dismissed with prejudice against Defendant

Stacey Plaskett pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 1, 2025

**MERSON LAW, PLLC**

*[signature]*

Jordan K. Merson
Annette Hasapidis
Kimberly A. Kramer

**DUANE MORRIS, LLP**

*[signature]*

Eric R. Breslin.
Melissa S. Geller
22 Vanderbilt

Jennifer Plotkin, Esq.
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, NY 10022
Phone: (212) 603-9100
jmerson@mersonlaw.com;
agh@hasapidislaw.com;
kkramer@mersonlaw.com

*Attorneys for Plaintiffs*

335 Madison Ave., 23rd Fl.
New York, NY 10017
(212) 212-692-1000
erbreslin@duanemorris.com
msgeller@duanemorris.com
*Attorneys for Defendant Stacey Plaskett*