

**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

February 26, 2026

**VIA PACER E-FILING**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:   Does vs. USVI, 1:23-cv-10301-AS**

Dear Judge Subramanian:

Our firm represents the Plaintiffs in the above matter.

I write regarding the proposed judgment submitted on October 9, 2025 (Doc. No. 226). The last notice our office received was also on October 9, 2025 approving the form of the proposed judgment. However, we have yet to receive the Ordered copy of the judgment.

Please advise if anything else is required to complete the proposed judgment

Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/ Kimberly Kramer

Kimberly A. Kramer