**Merson Law, PLLC**



**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

May 5, 2026

**VIA PACER E-FILING**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *Does vs. USVI*, **1:23-cv-10301-AS**

Dear Judge Subramanian:

Our firm represents the Plaintiffs in the above matter.

On March 21, 2025, an Order was issued by this Court dismissing all claims against the all Defendants in this matter except defendant Stacey Plaskett. On September 23, 2025 a Stipulation to dismiss the remaining claims against defendant Stacey Plaskett was So Ordered by this Court. On October 9, 2025, a proposed judgment was filed on PACER for Your Honor's consideration. (Doc. No. 226). Since then, the last notice our office received was also on October 9, 2025 approving the form of the proposed judgment. However, we have yet to receive the Ordered copy of the judgment.

We respectfully request the Court order and enter the proposed judgment.

Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/ Kimberly Kramer

Kimberly A. Kramer