UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANE DOE 1, individually, and on behalf of all
others similarly situated, JANE DOE 2,
individually and on behalf of all others similarly                   Docket No. 23-CV-10301
situated, JANE DOE 3, individually and on behalf
of all others similarly situated, JANE DOE 4, individually          **JUDGMENT**
and on behalf of all others similarly situated,
JANE DOE 5, individually and on behalf of all others
Similarly situated, and JANE DOE 6, individually
and on behalf of all others similarly situated,

                                      Plaintiffs,

                 - against -

GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS, FIRST LADY CECILE DE JONGH,
GOVERNOR KENNETH MAPP, SENATOR
CELESTINO WHITE, ATTORNEY GENERAL
VICENT FRAZER, GOVERNOR JOHN DE JONGH,
SENATOR CARTLTON DOWE, DELEGATE
STACEY PLASKETT, and JOHN DOES 1-100,

                                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Defendants Cecile de Jongh, the USVI, John de Jongh, Kenneth Mapp, Vincent Frazer,

Vincent Frazer, Celestino White, Carlton Dowe having moved to dismiss pursuant to Fed. R.

Civ. P. 12(b) and the matter having come before the Honorable Arun Subramanian, United States

District Judge, and the Court, on March 21, 2025, having rendered its Opinion and Order

granting Defendants' motions, dismissing the claims asserted in this action by Plaintiffs, and,

       The Court, on September 23, 2025, having dismissed on the Parties' stipulation the

above-captioned action with prejudice against Defendant Stacey Plaskett, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's

Opinion and Order, dated March 21, 2025, the motions by Defendants to dismiss the claims

asserted in this action by Plaintiffs is granted; accordingly, the case is closed.

Dated: May 5, 2026
New York, New York

_____

Arun Subramanian, USDJ